Exhibit A

# LMC Industrial Contractors, Inc.
## 2060 Lakeville Road
## Avon, NY 14414
### Tel# (585) 226-6244    Fax# (585) 226-3317

| Customer: | Invoice# |
|---|---|
| | **17469** |

FKI LOGISTEX INTEGRATION, INC.
9301 Olive Blvd
Attn: Melissa Wenger
St Louis          MO     63132-

| Attn: | | ACCOUNTS PAYABLE | | |
|---|---|---|---|---|
| **DATE** | **TERMS** | **PURCHASE ORDER NO.** | **LMC JOB NO.** | |
| 9/30/2006 | 55 DAYS - NET | 1001205-0020 | 2004096 | **BILLING AMOUNT** |

Re: USPS at JFK Airport, NYC

Mechanical field installation for the Airline Receiving Concourse and Tray Mail Takeaway
Transport Conveyor (Trayline) at the New York Int's Service Center (NYSIC).

Extended overhead charges Wees Ending August 26 - September 30, 2006                    107,647.75

| | | |
|---|---|---|
| Sub total | $ | 107,647.75 |
| Retainage | | 0.00 |
| Total Due | $ | 107,647.75 |

ALL OPEN ACCOUNTS ARE DUE 30 DAYS FROM DATE OF INVOICE. ANY ACCOUNT OVERDUE WILL BE CHARGED 1.5% PER MONTH, 18% PER ANNUM.

*REF. INVOICE # 17869*

LMC Industrial Contractors, Inc.

Weekly Management Costs
Week Ending September 1, 2006 through Week Ending September 22, 2006

| | | | | |
|---|---|---|---|---|
| Poolt, Joseph | 160 | $104.82 | | 16,771.20 |
| Zajac, Gregory | 160 | $104.52 | | 16,723.20 |
| Tom Graf | 56 | $100.42 | | 5,623.52 |
| Weber, Stanley | 179 | $100.42 | | 17,975.18 |
| TCB Consulting | 48 | 4041.96 | | 4,041.96 |
| David Cloer | 56 | $100.42 | | 3,213.44 |
| | | | | $64,348.50 |
| | | | | |
| jourenymen | 1,963 | $8.93 | | $17,529.59 |
| | | | | |
| trailer rental | | 1,597.67 | | $1,597.67 |
| | | | | |
| Equipment Rentals | | 0 | | - |
| | | | | |
| Phones / Fedex Services | | 663.58 | | $663.58 |
| | | | | |
| Tools / Equipment, see belov | | - | | 23,025.00 |
| | | | | |
| Miscellaneous Expenses | | 483.41 | | $483.41 |
| | | | | |
| | | | | $107,647.75 |

| | |
|---|---|
| 2-Sep | $17,985.29 |
| 9-Sep | $22,379.08 |
| 16-Sep | $21,922.25 |
| 23-Sep | $24,963.35 |
| 30-Sep | $20,397.78 |
| | $107,647.75 |
| | $0.00 |

Weekly Management Costs
Week Ending Sept 2, 2006

| | | | | |
|---|---|---|---|---|
| Poolt, Joseph | 0 | $104.82 | $0.00 | On Vacation |
| Zajac, Gregory | 32 | $104.52 | $3,344.64 | |
| Tom Graf | 0 | $100.42 | $0.00 | |
| Weber, Stanley | 40 | $100.42 | $4,016.80 | |
| TCB Consulting | 8 | $673.66 | $673.66 | |
| | | | $8,035.10 | |
| jourenymen | 387 | $8.93 | $3,455.91 | |
| trailer rental | | $1,597.67 | $1,597.67 | |
| Equipment Rentals | | | $0.00 | |
| Phones / Fedex Services | | $94.61 | $94.61 | |
| Tools / Equipment, see below | | | $4,600.00 | |
| Miscellaneous Expenses | | $202.00 | $202.00 | |
| | | | $17,985.29 | |

| tool and equip lists | | wkly | |
|---|---|---|---|
| trucks | 1.2 | $125.00 | $150.00 |
| manlifts | 6 | $275.00 | $1,650.00 |
| boom lifts | 2 | $500.00 | $1,000.00 |
| fork trucks | 5 | $360.00 | $1,800.00 |

Weekly Management Costs
Week Ending Sept 9, 2006

| | | | |
|---|---|---|---|
| Poolt, Joseph | 40 | $104.82 | $4,192.80 |
| Zajac, Gregory | 32 | $104.52 | $3,344.64 |
| Tom Graf | 24 | $100.42 | $2,410.08 |
| Weber, Stanley | 38 | $100.42 | $3,815.96 |
| TCB Consulting | 16 | $1,347.32 | $1,347.32 |
| | | | $15,110.80 |
| | | | |
| jourenymen | 296 | $8.93 | $2,643.28 |
| | | | |
| trailer rental | | $0.00 | $0.00 |
| | | | |
| Equipment Rentals | | $0.00 | $0.00 |
| | | | |
| Phones / Fedex Services | | $0.00 | $0.00 |
| | | | |
| Tools / Equipment, see below | | | $4,625.00 |
| | | | |
| Miscellaneous Expenses | | $0.00 | $0.00 |
| | | | $22,379.08 |

| | | | |
|---|---|---|---|
| tool and equip lists | | wkly | |
| trucks | 1.4 | $125.00 | $175.00 |
| manlifts | 6 | $275.00 | $1,650.00 |
| boom lifts | 2 | $500.00 | $1,000.00 |
| fork trucks | 5 | $360.00 | $1,800.00 |

Weekly Management Costs
Week Ending Sept 16, 2006

| | | | | |
|---|---|---|---|---|
| Poolt, Joseph | 40 | $104.82 | | $4,192.80 |
| Zajac, Gregory | 32 | $104.52 | | $3,344.64 |
| Tom Graf | 24 | $100.42 | | $2,410.08 |
| Weber, Stanley | 37 | $100.42 | | $3,715.54 |
| TCB Consulting | 0 | $0.00 | | $0.00 |
| | | | | $13,663.06 |
| jourenymen | 368 | $8.93 | | $3,286.24 |
| trailer rental | | $0.00 | | $0.00 |
| Equipment Rentals | | $0.00 | | $0.00 |
| Phones / Fedex Services | | $397.95 | | $397.95 |
| Tools / Equipment, see below | | | | $4,575.00 |
| Miscellaneous Expenses | | $0.00 | | $0.00 |
| | | | | $21,922.25 |

| tool and equip lists | | wkly | |
|---|---|---|---|
| trucks | 1 | $125.00 | $125.00 |
| manlifts | 6 | $275.00 | $1,650.00 |
| boom lifts | 2 | $500.00 | $1,000.00 |
| fork trucks | 5 | $360.00 | $1,800.00 |

Weekly Management Costs
Week Ending Sept 23, 2006

| | | | |
|---|---|---|---|
| Poolt, Joseph | 40 | $104.82 | $4,192.80 |
| Zajac, Gregory | 32 | $104.52 | $3,344.64 |
| Tom Graf | 8 | $100.42 | $803.36 |
| Weber, Stanley | 40 | $100.42 | $4,016.80 |
| TCB Consulting | 24 | $2,020.98 | $2,020.98 |
| David Cloer | 16 | $100.42 | $1,606.72 |
| | | | $15,985.30 |
| | | | |
| jourenymen | 434 | $8.93 | $3,875.62 |
| | | | |
| trailer rental | | $0.00 | $0.00 |
| | | | |
| Equipment Rentals | | $0.00 | $0.00 |
| | | | |
| Phones / Fedex Services | | $171.02 | $171.02 |
| | | | |
| Tools / Equipment, see below | | | $4,650.00 |
| | | | |
| Miscellaneous Expenses | | $281.41 | $281.41 |
| | | | |
| | | | $24,963.35 |

| | | | |
|---|---|---|---|
| tool and equip lists | | wkly | |
| trucks | 1.6 | $125.00 | $200.00 |
| manlifts | 6 | $275.00 | $1,650.00 |
| boom lifts | 2 | $500.00 | $1,000.00 |
| fork trucks | 5 | $360.00 | $1,800.00 |

Weekly Management Costs
Week Ending Sept 30, 2006

| | | | | |
|---|---|---|---|---|
| Poolt, Joseph | 40 | $104.82 | | $4,192.80 |
| Zajac, Gregory | 32 | $104.52 | | $3,344.64 |
| Tom Graf | 0 | $100.42 | | $0.00 |
| Weber, Stanley | 24 | $100.42 | | $2,410.08 |
| TCB Consulting | | $0.00 | | $0.00 |
| David Cloer | 40 | $100.42 | | $1,606.72 |
| | | | | $11,554.24 |
| | | | | |
| jourenymen | 478 | $8.93 | | $4,268.54 |
| | | | | |
| trailer rental | | $0.00 | | $0.00 |
| | | | | |
| Equipment Rentals | | $0.00 | | $0.00 |
| | | | | |
| Phones / Fedex Services | | $0.00 | | $0.00 |
| | | | | |
| Tools / Equipment, see below | | | | $4,575.00 |
| | | | | |
| Miscellaneous Expenses | | $0.00 | | $0.00 |
| | | | | $20,397.78 |

| | | | | |
|---|---|---|---|---|
| tool and equip lists | | wkly | | |
| trucks | 1 | $125.00 | | $125.00 |
| manlifts | 6 | $275.00 | | $1,650.00 |
| boom lifts | 2 | $500.00 | | $1,000.00 |
| fork trucks | 5 | $360.00 | | $1,800.00 |

# LMC Industrial Contractors, Inc.
## 2060 Lakeville Road
## Avon, NY  14414
### Tel# (585) 226-6244    Fax# (585) 226-3317

| Customer | Invoice# |
|---|---|
| FKI LOGISTEX INTEGRATION, INC.<br>9301 Olive Blvd<br>Attn: Melissa Wenger<br>St Louis          MO    63132- | 17494 |

| | Attn: | ACCOUNTS PAYABLE | |
|---|---|---|---|
| DATE | TERMS | PURCHASE ORDER NO. | LMC JOB NO. |
| 10/5/2006 | 55 DAYS - NET | 1001205-0020 | 2004096 |
| | | | BILLING AMOUNT |

Re: USPS at JFK Airport, NYC

Mechanical field installation for the Airline Receiving Concourse and Tray Mail Takeaway
Transport Conveyor (Trayline) at the New York Int's Service Center (NYSIC).

| | | |
|---|---|---|
| CO# 13 - 50% Complete | *10,356.* ~~(2)~~ AAA ~~platform~~ on induct platform 1st Fwor | 5,178.00 |
| CO# 16 - 75% Complete | welding for dust $8,705 | 11,200.00 |

| | |
|---|---|
| *13,883.* ~ | |
| Sub total  $ | 16,378.00 |
| Retainage | 0.00 |
| Total Due  $ | 16,378.00 |

ALL OPEN ACCOUNTS ARE DUE 30 DAYS FROM DATE OF INVOICE. ANY ACCOUNT
OVERDUE WILL BE CHARGED 1.5% PER MONTH, 18% PER ANNUM.



**FKI Logistex**

5384 Poplar Ave Suite 500, Memphis, TN 38119
PHONE: 901/683-5222 - FAX NO.: 901/763-0919

# Subcontract – Change Order #013

Job: **736050**
Date: **8/31/06**

No.**1001205-0020**

TO :  **LMC Industrial Contractors**
**2060 Lakeville Rd.**
**Avon, NY. 14414**
**Tom Coll  585-226-6244**

SHIP TO: **FKI c/o USPS JFK ISC**
**Bldg 250 North Boundary Rd**
**Jamaica, NY 11430**
**Attn: Charles Stanford**

IN ACCORDANCE WITH TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE AND AS MAY
BE FURTHER STATED BELOW OR ON IDENTIFIED ATTACHMENTS HERETO , KINDLY ENTER ORDER
AS BELOW.

| Quantity | Item or Description | Price Ea. | Extended Price |
|---|---|---|---|
| 1 | Original base subcontract amount.............. | | $ 7,350,000.00 |
| 1 | Addition of Bond costs............................ | | 68,552.00 |
| 1 | Change Order #001 subtotal..... | | 261,984.00 |
| 1 | Change Order #002 subtotal..... | | 45,980.00 |
| 1 | Change Order #003 subtotal..... | | (2,488.00) |
| 1 | Change Order #004 subtotal..... | | 58,427.00 |
| 1 | Change Order #005R subtotal... | | 53,660.00 |
| 1 | Change Order #006R subtotal.... | | 334,850.04 |
| 1 | Change Order #007R subtotal.... | | 121,555.00 |
| 1 | Change Order #008 subtotal...... | | 251,201.00 |
| 1 | Change Order #009 subtotal...... | | 55,212.00 |
| 1 | Change Order #010 subtotal....... | | 326,161.64 |
| 1 | Change Order #011 subtotal..... | | 25,033.00 |
| 1 | Change Order #012 subtotal...... | | 94,933.00 |
| | | | |
| | Previous total of subcontract...... | | $ 9,045,060.68 |
| | | | |
| 1 | ***Change Order #013: RFP-047*** | | |
| | ***Install two existing IAAA's onto inbound deck*** | | *10,356.00* |
| | ***mezzanine platform per quote dated 8-28-06*** | | |
| | | | |
| | | | *$9,055,416.68* |
| | | | |
| | ***Revise contract amount......*** | | |
| | Cc: Warren Pierce, Jeanette Embry, Charles S, File 736050 | | |

| FOB – USPS JFK ISC | Terms  **Net 55** | Required Arrival Date: **N/A** |
|---|---|---|



# LMC Industrial Contractors, Inc.
2060 Lakeville Rd.
Avon, NY 14414
Phone: (585) 226-6244  Fax: (585) 226-3317

| FKI Corporation 5384 Poplar Ave. Suite #500 Memphis, TN 38119 | | P.O. # | |
| | | Quote #: | |
| | | Request | |
| | | Page: | |
| **Attention:** | Guy Guasco | Date | 8-28-2006 |

*LMC is pleased to quote the following:*

Re:  Install Two Triple a units furnished by USPS on inbound deck mezzanine.

**INCLUDED IN THIS QUOTATION:**
Remove and reinstall hand rail for access
Locate and Anchor Two (2) Triple A units
Tie into existing Accuzone conveyor

**Not Included in This Quotation:**
All Electrical Wiring,and Equipment
Filing with the Port Authority
Training or testing of equipment
Overtime or shift work
Engineering or drawings
Hardware

LMC will provide the Labor, Tools and equipment for the above mentioned for the sum of
Ten Thousand ,Three Hundred Fifty Six Dollars ($10,356.00)

Thomas E. Coll
Vice President

*Co # 013*

*8/31/06*

*Audrey Has*
*9/26/06*



# FKI Logistex

5384 Poplar Ave Suite 500, Memphis, TN 38119
PHONE: 901/683-5222 - FAX NO.: 901/763-0919

## Subcontract – Change Order #016

Job: __A736050__
Date: __9/21/06__

No.__1001205-0020__

TO : __LMC Industrial Contractors__
__2060 Lakeville Rd.__
__Avon, NY. 14414__
__Tom Coll  585-226-6244__

SHIP TO: __FKI c/o USPS JFK ISC__
__Bldg 250 North Boundary Rd__
__Jamaica, NY 11430__
__Attn: Charles Stanford__

IN ACCORDANCE WITH TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE AND AS MAY
BE FURTHER STATED BELOW OR ON IDENTIFIED ATTACHMENTS HERETO , KINDLY ENTER ORDER
AS BELOW.

| Quantity | Item or Description | Price Ea. | Extended Price |
|---|---|---|---|
| 1 | Original base subcontract amount............... | | $ 7,350,000.00 |
| 1 | Addition of Bond costs............................ | | 68,552.00 |
| 1 | Change Order #001 subtotal..... | | 261,984.00 |
| 1 | Change Order #002 subtotal..... | | 45,980.00 |
| 1 | Change Order #003 subtotal..... | | (2,488.00) |
| 1 | Change Order #004 subtotal..... | | 58,427.00 |
| 1 | Change Order #005R subtotal..... | | 53,660.00 |
| 1 | Change Order #006R subtotal.... | | 334,850.04 |
| 1 | Change Order #007R subtotal.... | | 121,555.00 |
| 1 | Change Order #008 subtotal...... | | 251,201.00 |
| 1 | Change Order #009 subtotal...... | | 55,212.00 |
| 1 | Change Order #010 subtotal....... | | 326,161.64 |
| 1 | Change Order #011 subtotal..... | | 25,033.00 |
| 1 | Change Order #012 subtotal...... | | 94,933.00 |
| 1 | Change Order #013 subtotal...... | | 10,356.00 |
| 1 | Change Order #014 subtotal.... | | 60,19.62 |
| 1 | Change Order #015 subtotal.... | | 221,520.33 |
| | Previous total of subcontract...... | | $ 9,337,056.63 |
| | | | |
| 1 | __Change Order #016:__ <br> a) *Install three FKI Accuzone diverter assemblies into existing conveyor lines for RFP-031R1......* | | 14,950.00 |
| | Revise contract amount...... | | $9,352,006.63 |

*Per GZ Quote*
*9/21/06*

Cc: Warren Pierce, Jeanette Embry, Charles S, Rich L.,
File A736050

| FOB – USPS JFK ISC | Terms | Net 55 | Required Arrival Date: N/A |
|---|---|---|---|



# LMC Industrial Contractors, Inc.
2060 Lakeville Rd.
Avon, NY 14414
Phone: (585) 226-6244 · Fax: (585) 226-3317

| FKI Corporation 5384 Poplar Ave. Suite #500 Memphis, TN 38119 | P.O. # | |
|---|---|---|
| | Quote #: | |
| | Request | |
| | Page: | |
| | Date | 9-21-2006 |

| Attention: | Guy Guasco |
|---|---|

*LMC is pleased to quote the following:*

Re:  Replace Three (3) existing diverters (RFP-031) with new.
     Diverter #1- South end of inbound platform
     Diverter #2- Wind tunnel
     Diverter #3- second floor

**INCLUDED IN THIS QUOTATION:**
Header steel and supports. (Furnished by FKI)
Removal of existing Diverters
Install Three (3)new diverters mentioned above (Furnished by FKI)

**Not Included in This Quotation:**
All Electrical Wiring,
Filing with the Port Authority
Training or testing of equipment
Overtime or shift work
Engineering or drawings
Additional conveyor other than the divert and short section to tie in
Scanner and camera brackets

LMC will provide the Labor, Tools and equipment for the above mentioned for the sum of:
Fourteen Thousand , Nine Hundred and Fifty Dollars ($14,950.00)

Thomas E. Coll
Vice President

# *LMC Industrial Contractors, Inc.*

## 2060 Lakeville Road
### Avon, NY 14414
Tel# (585) 226-6244    Fax# (585) 226-3317

| Customer | Invoice# |
|---|---|

FKI LOGISTEX INTEGRATION, INC.          **17530**
9301 Olive Blvd
Attn: Melissa Wenger
St Louis          MO    63132-

| Attn: | | ACCOUNTS PAYABLE | |
|---|---|---|---|
| **DATE** | **TERMS** | **PURCHASE ORDER NO.** | **LMC JOB NO.** |
| 10/11/2006 | 55 DAYS - NET | 1001205-0020 | 2004096 |

| | BILLING AMOUNT |
|---|---|

Re: USPS at JFK Airport, NYC

Mechanical field installation for the Airline Receiving Concourse and Tray Mail Takeaway
Transport Conveyor (Trayline) at the New York Int'l Service Center (NYSIC).

Change Order #017 (b - g)  *See purchase order*                    11,407.07

|  |  |
|---|---|
| **Sub total  $** | 11,407.07 |
| **Retainage** | 0.00 |
| **Total Due  $** | 11,407.07 |

ALL OPEN ACCOUNTS ARE DUE 30 DAYS FROM DATE OF INVOICE. ANY ACCOUNT
OVERDUE WILL BE CHARGED 1.5% PER MONTH, 18% PER ANNUM.

*COVERS E.W.O's*
*FROM W/E 9/9 - 10/07/06*

# FKI Logistex

5384 Poplar Ave Suite 500, Memphis, TN 38119
PHONE: 901/683-5222 – FAX NO.: 901/763-0919

## Subcontract – Change Order #017

Job: **A736050**
Date: **10/11/06**

No.**1001205-0020**

TO : **LMC Industrial Contractors**
**2060 Lakeville Rd.**
**Avon, NY. 14414**
**Tom Coll  585-226-6244**

SHIP TO: **FKI c/o USPS JFK ISC**
**Bldg 250 North Boundary Rd**
**Jamaica, NY 11430**
**Attn: Charles Stanford**

IN ACCORDANCE WITH TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE AND AS MAY
BE FURTHER STATED BELOW OR ON IDENTIFIED ATTACHMENTS HERETO , KINDLY ENTER ORDER
AS BELOW.

| Quantity | Item or Description | Price Ea. | Extended Price |
|---|---|---|---|
| 1 | Original base subcontract amount............. | | $ 7,350,000.00 |
| 1 | Addition of Bond costs........................... | | 68,552.00 |
| 1 | Change Order #001 subtotal..... | | 261,984.00 |
| 1 | Change Order #002 subtotal..... | | 45,980.00 |
| 1 | Change Order #003 subtotal..... | | (2,488.00) |
| 1 | Change Order #004 subtotal..... | | 58,427.00 |
| 1 | Change Order #005R subtotal... | | 53,660.00 |
| 1 | Change Order #006R subtotal.... | | 334,850.04 |
| 1 | Change Order #007R subtotal.... | | 121,555.00 |
| 1 | Change Order #008 subtotal..... | | 251,201.00 |
| 1 | Change Order #009 subtotal...... | | 55,212.00 |
| 1 | Change Order #010 subtotal....... | | 326,161.64 |
| 1 | Change Order #011 subtotal..... | | 25,033.00 |
| 1 | Change Order #012 subtotal...... | | 94,933.00 |
| 1 | Change Order #013 subtotal...... | | 10,356.00 |
| 1 | Change Order #014 subtotal.... | | 60,19.62 |
| 1 | Change Order #015 subtotal.... | | 221,520.33 |
| 1 | Change Order #016 subtotal..... | | 14,950.00 |
| | Previous total of subcontract...... | | $ 9,352,006.63 |
| 1 | **Change Order #017:** | | |
| | a) **Install angle and filler plates along the wall between ARC mezz and building per quote dated 9-26-06......** | | 8,972.00 |
| | b) **EWO week ending 9-9-06.....** | | 2,151.99 |
| | c) **EWO week ending 9-16-06.....** | | 4,140.27 |
| | d) **EWO week ending 9-23-06....** | | 1,953.29 |
| | e) **EWO week ending 9-30-06** | | 5,048.96 |
| | f) **EWO week ending 10-07-06** | | 2,924.38 |

*NOTE: FM & GF ALREADY DEDUCTED IN THESE AMOUNTS*

*w/o FM & G/F*

| | |
|---|---|
| g) Deducts for foreman hrs previous EWOs | -4,811.82 |
| Change order #017 total........ | 20,379.07 |
| Revise contract amount...... | $9,372,385.70 |

Cc: Warren Pierce, Jeanette Embry, Charles S, Rich L.,
File A736050-1312

FOB – USPS JFK ISC     Terms   Net 55      Required Arrival Date: N/A

ACCEPTED BY

VENDOR _____

BY _____

TITLE _____

DATE _____

APPROVED FOR
FKI Logistex
BY _____
TITLE _____

# LMC Industrial Contractors, Inc.
## 2060 Lakeville Rd.
## Avon, NY 14414
### Phone: (585) 226-6244  Fax: (585) 226-3317

| | | | P.O. # | |
|---|---|---|---|---|
| **FKI Corporation** | | | Quote #: | |
| 5384 Poplar Ave. | | | Request | |
| Suite #500 | | | Page: | |
| Memphis, TN 38119 | | | Date | 9-26-2006 |
| Attention: | Guy Guasco | | | |

*LMC is pleased to quote the following:*

Re: Block opening between walkway and back wall in Arc building as described by FKI's Rich Lane and Charles Stanford. Details off a photo ( no approved prints) .

## INCLUDED IN THIS QUOTATION:
Weld angle iron to existing platform approximately one hundred feet (100') with a one inch weld (1") every thirty six inches (36") <u>(Furnished by FKI)</u>
Weld filler plates Approximately Ninety five (95) in remaining gap between angle and wall with two quarter inch (1/4) tack weld (<u>Filler Plates Furnished by FKI</u>)

## Not Included in This Quotation:
All Electrical Wiring,
Filing with the Port Authority
Training or testing of equipment
Overtime or shift work
Engineering or drawings
Painting

LMC will provide the Labor, Tools and equipment for the above mentioned for the sum of: Eight Thousand, Nine hundred Seventy Two Dollars ($8,972.00)

Thomas E. Coll
Vice President

Change orders USPS week end 9-9-2006

| SUMMARY OF CHANGE ORDERS  FKI PROJECT #2004-096 | | | |
|---|---|---|---|
| USPS AT JFK NEW YORK | | | |
| CONTRACT DESCRIPTION | DATE | TOTAL AMOUNT | COMMENTS |
| Week Ending 9-4-2006 | 2006 | | |
| Tune&Test plexi diverts, transition pcs,etc | 9-5&6-06 | 2,398.75 | |
| Total | | $2,398.75 | |

_(handwritten notes)_

Co Project price
9/18/06

FM

CO # 017
2,398.75
246.76
2,151.99

9/5   6 Fi & FM   246.76   28 OT
9/6   2,398.75   246.76   370 H
9/3   2016.67   123.38
9/2   5448.96   —
9/1   2,976.38   —

740.68

## FIELD AUTHORIZED TIME AND MATERIAL CHANGE ORDER

| JOB # 2004-096 | CUSTOMER FKI LOGISTEX | **LMC** |
|---|---|---|
| CHANGE ORDER # | STREET | ROBERSON, LLC |
| DATE 9/5/06 & 9/6/06 | CITY          STATE | 2060 LAKEVILLE ROAD |
| DAY OF WEEK TUESDAY & WED | COUNTY        ZIP | AVON, NEW YORK 14414 |
| SITE LOCATION USPS JFK | CONTACT | PHONE: (585) 226-6244 |
| SHIFT    1   2   3 | CUSTOMER PHONE | FAX: (585) 226-3317 |

| TRAVEL | |
|---|---|
| TRAVEL TIME | HOURS |
| MILES DRIVEN | |

| | NAME | TOTAL HRS | | RATES | TOTAL $ |
|---|---|---|---|---|---|
| | | REG | OT | | |
| | S. Weber | 2 | | | |
| | K. Cartledge | 10 | | | |

**TOOLS AND EQUIPMENT**

| QTY | DESCRIPTION | RATE | TOTAL |
|---|---|---|---|
| | PICKUP TRUCK | | |
| | HIGH LIFT | | |
| | SCAFFOLD | | |
| | SMALL TOOLS | | |
| | WELDER | | |
| | TORCHES | | |
| | PLASMA TORCH | | |
| | PIPE THREADER | | |
| | ZIP SAW | | |
| | CHAIN FALLS | | |
| | CAT DOLLIES | | |
| | TRACK JACKS | | |
| | PORTABAND | | |
| | HAMMER DRILL | | |
| | BEVEL MACHINE | | |
| | GROOVER | | |
| | CORE DRILL | | |
| | GENERATOR | | |
| | GENIE LIFT | | |
| | ROUSTABOUT | | |
| | LIGHT CARTS | | |
| | TAMPER | | |
| | BACKHOE | | |
| | CONCRETE SAW | | |
| | FORKLIFT | | |
| | BOOM TRUCK | | |
| | CRANE | | |
| | WATER PUMP | | |
| | WIRE PULLER | | |
| | CONDUIT BENDER | | |
| | JACK HAMMER | | |
| | LARGE SKATES | | |
| | SMALL SKATES | | |
| | MAG DRILL | | |
| | JOB TRAILER | | |
| | STORAGE TRAILER | | |
| | WACHS BEVELER | | |

**DESCRIBE WORK**

Phases All
Tune & Test
Install Transitions
Pieces on Tray
Conveyor Declines
As Per FKI
C. Stanford & P. Crum
Also Installed
Additional Plexiglass
Diverters As Per
FKI Direction
P. Crum.

RECORD MATERIALS USED ON THE MATERIAL SHEETS

| | |
|---|---|
| TRAVEL: | |
| LABOR: | |
| EQUIPMENT: | |
| GASES: | |
| MATERIALS: | |
| DELIVERIES: | |
| MISC: | |
| TAX: | |
| GRAND TOTAL: | |

Total $

| QTY | GASES | EACH | TOTAL |
|---|---|---|---|
| | OXYGEN | | 8 Sizzor Lift |
| | ACETYLENE | | |
| | TRIMIX | | 1 Boom Lift |
| | ARGON | | |
| | B TANK | | |
| | PROPANE | | |
| | CO2 | | |

SUB TOTALS:

**DELIVERIES**

| FREIGHT BY PICKUP |
|---|
| FREIGHT BY TRUCK |
| FREIGHT BY SEMI |

WORK ORDERED BY FKI

SIGNATURE Charles Boylan

I HEREBY ACKNOWLEDGE THE SATISFACTORY
COMPLETION OF THE ABOVE DESCRIBED WORK

**W/E 9-9-2006**
jfk fki project

Tune&Test plexi diverts, transition pcs.etc                                      9-5&6-06

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| Millwrights | | | | |
| General Foreman | | 128.47 | 0.00 | |
| Foreman | 2 | 123.38 | 246.76 | |
| Journeymen | 16 | 118.30 | 1,892.80 | |
| | 18 | | 2,139.56 | 2,139.56 |

| | Hours | Rate | Quantity | |
|---|---|---|---|---|
| | | | 0.00 | 0.00 |
| Welder | Days | Rate | Quantity | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | | 50.00 | | 0.00 |
| Scissors lift | 2.0 | 35.00 | 1 | 70.00 |
| Boomlifts | 1.0 | 125.00 | 1 | 125.00 |
| Lull Forklift | | 217.00 | | 0.00 |
| Small tools | 3% of labor | | | 64.19 |

| | | |
|---|---|---|
| Tune&Test plexi diverts, transition pcs.etc | | 2,398.75 |

*DEP FM/6F*
*246.76*

PROJECT FILE V

Change Orders Week ending 9-16-2006

| CONTRACT DESCRIPTION | DATE | | TOTAL AMOUNT | COMMENTS |
|---|---|---|---|---|
| SUMMARY OF CHANGE ORDERS  FKI PROJECT #2004-096 | | | | |
| USPS AT JFK NEW YORK | | | | |
| | | | | |
| | | | | |
| WEEK ENDING 9-16-2006 | | 2006 | | |
| Tune&Test Adj. Previously installed bkts. | 9/11,12,13,14/06 | | 4,510.41 | |
| | | | | |
| Total | | | $4,510.41 | |

#017

$5,10.41
370.14
$140.27 ok

## FIELD AUTHORIZED TIME AND MATERIAL CHANGE ORDER

| JOB # 2004- 096 | CUSTOMER FKI LOGISTEX | **LMC** |
|---|---|---|

**LMC**
ROBERSON, LLC
2060 LAKEVILLE ROAD
AVON, NEW YORK 14414
PHONE: (585) 226-6244
FAX: (585) 226-3317

| | |
|---|---|
| JOB # 2004- 096 | CUSTOMER FKI LOGISTEX |
| CHANGE ORDER # | STREET |
| DATE 9/11, 12, 13 & 14/06 | CITY            STATE |
| DAY OF WEEK Mon, Tues, Wed & Thurs. | COUNTY            ZIP |
| SITE LOCATION USPS JFK | CONTACT |
| SHIFT      1    2    3 | CUSTOMER PHONE |

| | | |
|---|---|---|
| TRAVEL | | |
| TRAVEL TIME | | HOURS |
| MILES DRIVEN | | |

| NAME | TOTAL HRS REG | OT | RATES | TOTAL $ |
|---|---|---|---|---|
| S. Weber | 3 | | | |
| K. Cartledge | 32 | | | |

**TOOLS AND EQUIPMENT**

| QTY | DESCRIPTION | RATE | TOTAL |
|---|---|---|---|
| | PICKUP TRUCK | | |
| | HIGH LIFT | | |
| | SCAFFOLD | | |
| | SMALL TOOLS | | |
| | WELDER | | |
| | TORCHES | | |
| | PLASMA TORCH | | |
| | PIPE THREADER | | |
| | ZIP SAW | | |
| | CHAIN FALLS | | |
| | CAT DOLLIES | | |
| | TRACK JACKS | | |
| | PORTA BAND | | |
| | HAMMER DRILL | | |
| | BEVEL MACHINE | | |
| | GROOVER | | |
| | CORE DRILL | | |
| | GENERATOR | | |
| | GENIE LIFT | | |
| | ROUSTABOUT | | |
| | LIGHT CARTS | | |
| | TAMPER | | |
| | BACKHOE | | |
| | CONCRETE SAW | | |
| | FORKLIFT | | |
| | BOOM TRUCK | | |
| | CRANE | | |
| | WATER PUMP | | |
| | WIRE PULLER | | |
| | CONDUIT BENDE | | |
| | JACKHAMMER | | |
| | LARGE SKATES | | |
| | SMALL SKATES | | |
| | MAG DRILL | | |
| | JOB TRAILER | | |
| | STORAGE TRAILE | | |
| | WACHS BEVELER | | |

**DESCRIBE WORK**

Phases All
Tune & Test
Install Camera/
Scanner Tunnel
Brackets on
New Tray Mail
System
As Per FKI
C. Stanford & P. Crum
Trouble Shoot &
Adjust Previously
Installed Units.

**RECORD MATERIALS USED ON THE MATERIAL SHEETS**

| | |
|---|---|
| TRAVEL: | |
| LABOR: | |
| EQUIPMENT: | |
| GASES: | |
| MATERIALS: | |
| DELIVERIES: | |
| MISC: | |
| TAX: | |
| GRAND TOTAL: | |

Total $

| QTY | GASES | EACH | TOTAL |
|---|---|---|---|
| | OXYGEN | | |
| | ACETYLENE | | |
| | TRIMIX | | |
| | ARGON | | |
| | B TANK | | |
| | PROPANE | | |
| | CO2 | | |
| 1 | Sizzor Lift | | |
| 1 | Boom Lift | | |

SUB TOTALS:

WORK ORDERED BY

SIGNATURE *Woodell*

I HEREBY ACKNOWLEDGE THE SATISFACTORY
COMPLETION OF THE ABOVE DESCRIBED WORK

| DELIVERIES | |
|---|---|
| FREIGHT BY PICKUP | |
| FREIGHT BY TRUCK | |
| FREIGHT BY SEMI | |

WHITE COPY — OFFICE          YELLOW COPY — CUSTOMER          TAG COPY — FOREMAN

W/E 9-16-2006
jfk fki project        Tune&Test Adj. Previously installed bkts.     9/11,12,13,14/06

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| Millwrights | | | | |
| General Foreman | | 128.47 | 0.00 | |
| Foreman | 3 | 123.38 | 370.14 | |
| Journeymen | 32 | 118.30 | 3,785.60 | |
| | 35 | | 4,155.74 | 4,155.74 |
| | | | | |
| | Hours | Rate | Quantity | |
| Welder | | 0.00 | | 0.00 |
| | Days | Rate | Quantity | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | | 50.00 | | 0.00 |
| Scissors lift | 3.0 | 35.00 | 1 | 105.00 |
| Boomlifts | 1.0 | 125.00 | 1 | 125.00 |
| Lull Forklift | | 217.00 | | 0.00 |
| Small tools | 3% of labor | | | 124.67 |
| **Tune&Test Adj. Previously installed bkts.** | | | | **4,510.41** |

FM/GF T&D

370.14