# FIELD AUTHORIZED TIME AND MATERIAL CHANGE ORDER

**LMC**
ROBERSON, LLC
2060 LAKEVILLE ROAD
AVON, NEW YORK 14414
PHONE: (585) 226-6244
FAX: (585) 226-3317

JOB # 2004-096
CUSTOMER FKI LOGISTEX

CHANGE ORDER #
STREET

DATE 10/3, 4, &5 /06
CITY          STATE

DAY OF WEEK TUES WED & THURS
COUNTY          ZIP

SITE LOCATION USPS JFK
CONTACT

SHIFT   1   2   3
CUSTOMER PHONE

TRAVEL

TRAVEL TIME          HOURS

MILES DRIVEN

| NAME | TOTAL HRS REG | OT | RATES | TOTAL $ |
|------|------|----|-------|---------|
| K. CARTLEDGE | 24 | | | |
| | | | | |

**TOOLS AND EQUIPMENT**

| QTY | DESCRIPTION | RATE | TOTAL |
|-----|-------------|------|-------|
| | PICKUP TRUCK | | |
| | HIGHLIFT | | |
| | SCAFFOLD | | |
| | SMALL TOOLS | | |
| | WELDER | | |
| | TORCHES | | |
| | PLASMA TORCH | | |
| | PIPE THREADER | | |
| | ZIP SAW | | |
| | CHAINFALLS | | |
| | CAT DOLLIES | | |
| | TRACK JACKS | | |
| | PORTA BAND | | |
| | HAMMER DRILL | | |
| | BEVEL MACHINE | | |
| | GROOVER | | |
| | CORE DRILL | | |
| | GENERATOR | | |
| | GENIE LIFT | | |
| | ROUSTABOUT | | |
| | LIGHT CARTS | | |
| | TAMPER | | |
| | BACKHOE | | |
| | CONCRETE SAW | | |
| | FORKLIFT | | |
| | BOOM TRUCK | | |
| | CRANE | | |
| | WATER PUMP | | |
| | WIRE PULLER | | |
| | CONDUIT BENDE | | |
| | JACKHAMMER | | |
| | LARGE SKATES | | |
| | SMALL SKATES | | |
| | MAG DRILL | | |
| | JOB TRAILER | | |
| | STORAGE TRAILE | | |
| | WACHS BEVELER | | |

**DESCRIBE WORK**

Phases All
Torque Pendulue
on Axle Locks
As Per FKI
1st Floor New
Tray Mail System

RECORD MATERIALS USED ON THE
MATERIAL SHEETS

| | | |
|---|---|---|
| TRAVEL: | | |
| LABOR: | | |
| EQUIPMENT: | | |
| GASES: | | |
| MATERIALS: | | |
| DELIVERIES: | | |
| MISC: | | |
| TAX: | | |
| GRAND TOTAL: | | |

Total $

| QTY | GASES | EACH | TOTAL |
|-----|-------|------|-------|
| | OXYGEN | | |
| | ACETYLENE | | |
| | TRIMIX | | |
| | ARGON | | |
| | B TANK | | |
| | PROPANE | | |
| | CO2 | | |

| QTY | | |
|-----|---|---|
| 1 | Sizzor Lift | |
| 1 | Boom Lift | |

SUB TOTALS:

WORK ORDERED BY FKI

SIGNATURE

I HEREBY ACKNOWLEDGE THE SATISFACTORY
COMPLETION OF THE ABOVE DESCRIBED WORK

**DELIVERIES**

| | |
|---|---|
| FREIGHT BY PICKUP | |
| FREIGHT BY TRUCK | |
| FREIGHT BY SEMI | |

# LMC Industrial Contractors, Inc.

**2060 Lakeville Road**
**Avon, NY 14414**

Tel# (585) 226-6244    Fax# (585) 226-3317

| Customer | Invoice# |
|---|---|
| | **17641** |

FKI LOGISTEX INTEGRATION, INC.
9301 Olive Blvd
Attn: Melissa Wenger
St Louis        MO    63132-

Attn: ACCOUNTS PAYABLE

| DATE | TERMS | PURCHASE ORDER NO. | LMC JOB NO. | BILLING AMOUNT |
|---|---|---|---|---|
| 10/27/2006 | 55 DAYS - NET | 1001205-0020 | 2004096 | |

Re: USPS at JFK Airport, NYC

Mechanical field installation for the Airline Receiving Concourse and Tray Mail Takeaway Transport Conveyor (Trayline) at the New York Int'l Service Center (NYSIC).

Project 736050

Change Order # 007R

| | | |
|---|---|---|
| (1) | RFP-037 5th line at DIOSS | 10,496.00✓ |
| (2) | RFP-039 4 lines AZ | 12,200.00✓ |
| (3) | RFP-035 ARC Siding Install (75% Complete) | 35,488.50✓ |

|  |  |
|---|---|
| Sub total $ | 58,184.50 |
| Retainage | 0.00 |
| Total Due $ | 58,184.50 |

ALL OPEN ACCOUNTS ARE DUE 30 DAYS FROM DATE OF INVOICE. ANY ACCOUNT OVERDUE WILL BE CHARGED 1.5% PER MONTH, 18% PER ANNUM.



5384 Poplar Ave Suite 500, Memphis, TN 38119
PHONE: 901/683-5222 - FAX NO.: 901/763-0919

# Subcontract – Change Order #007R

Job: __736050__
Date: __6/6/06__

No. 1001205-0020

TO :  __LMC Industrial Contractors__          SHIP TO: __FKI c/o USPS JFK ISC__
__2060 Lakeville Rd.__                                   __Bldg 250 North Boundary Rd__
__Avon, NY, 14414__                                      __Jamaica, NY 11430__
__Tom Coll  585-226-6244__                          __Attn: Charles Stanford__

IN ACCORDANCE WITH TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE AND AS MAY
BE FURTHER STATED BELOW OR ON IDENTIFIED ATTACHMENTS HERETO , KINDLY ENTER ORDER
AS BELOW.

| Quantity | Item or Description | Price Ea. | Extended Price |
|---|---|---|---|
| 1 | Original base subcontract amount.............. | | $ 7,350,000.00 |
| 1 | Addition of Bond costs............................ | | 68,552.00 |
| 1 | Change Order #001 subtotal..... | | 261,984.00 |
| 1 | Change Order #002 subtotal..... | | 45,980.00 |
| 1 | Change Order #003 subtotal..... | | (2,488.00) |
| 1 | Change Order #004 subtotal..... | | 58,427.00 |
| 1 | Change Order #005R subtotal... | | 53,660.00 |
| 1 | Change Order #006R subtotal...... | | 326,721.04 |
| | | | |
| | Previous total of subcontract...... | | $ 8,162,836.04 |
| | | | |
| | _Change Order #007R:_ | | |
| | a) _EWO set #2 total.............................._ | 35,188.50 | 40,399.43 |
| | b) _RFP-035 ARC siding install.............._ | | 47,318.00 |
| | c) _RFP-037 5th line at DIOSS (8296 + 2200 USEUS)_ | | 10,496.00 |
| | d) _RFP-039 4 lines AZ (9200 + 3000 USEUS)_ | | 12,200.00 |
| | e) _RFP-042 bulk conveyor support rework...._ | | 59,670.00 |
| | | | |
| | _Revised Subcontract Amount................_ | | $ 8,332,919.47 |
| | | | |
| | Cc: Warren Pierce,  Jeanette Embry, File 736050 | | |

FOB – USPS JFK ISC      Terms    __Net 55__      Required Arrival Date: __N/A__

ACCEPTED BY



6/8/2006

USPS JFK ISC

FKI Project #736050

Re: LMC settlement EWO set #2

**EWO Set #2:**

| Item | Date | Amount | Comment |
|---|---|---|---|
| Original | 3/8/2006 | 61,042.34 | original total of EWO set #2 1-30-06 thru 3-17-06 |
| FKI review | 5/17/2006 | 20,642.91 | deducted EWO's |
| Revised total | 5/18/2006 | 40,399.43 | |
| Revised total | | 40,399.43 | EWO and contract total |
| | | | |
| **Approved RFP's:** | | | |
| RFP-035 | | 47,318.00 | |
| RFP-037 | | 10,496.00 | |
| RFP-039 | | 12,200.00 | |
| RFP-042 | | 59,670.00 | |
| Subtotal | | 129,684.00 | |
| C/O 007R | Total | 170,083.43 | |

**Contract History**

| | Amount |
|---|---|
| Original | 7,350,000.00 |
| Bond | 68,562.00 |
| C/O 001 | 261,984.00 |
| C/O 002 | 45,980.00 |
| C/O 003 | -2,488.00 |
| C/O 004 | 58,427.00 |
| C/O 005R | 53,660.00 |
| C/O 006R | 326,721.04 |
| Total | 8,162,836.04 |
| C/O 007R | 170,083.43 |
| Rev Total | 8,332,919.47 |

LMC_settlement_EWO_set_2_5-18-06

6/12/2006



# LMC Industrial Contractors, Inc.
## 2060 Lakeville Road
## Avon, NY 14414
### Phone: (585) 226-6244 Fax: (585) 226-3317



*change order #007R*

*# RFP-035*

| | P.O. # | |
|---|---|---|
| FKI Logistex<br>5384 Poplar Avenue<br>Suite 500<br>Memphis, TN | Quote #: | 4381 |
| | Request | |
| | Page: | Page 1 of 2 |
| Attention:    Guy Guasco | Date | 5/2/06 |

**LMC is pleased to quote the following:**

Re: For the installation of new canopy, as per supplied drawings.

**INCLUDED IN THIS QUOTATION:**
1. Install all new fabricated, designed steel per drawing and to field verified dimensions.
2. All materials to be supplied by FKI.
3. All work to be completed on straight time.
4. Touch up painting only.

$$\$36850 / 88' = \#418.75$$
*canopy*

$$\text{ADD'L } 25' (\text{WEST}) \times \$418.75$$
$$= 10,468$$
$$+ \$36,850$$
$$\text{REV. } T = \$47,318$$
*CO #007R*

**NOT INCLUDED IN THIS QUOTATION:**
1. Sales tax.
2. Port Authority or other permits.
3. Fire watch or master mechanics.
4. Painting.
5. G.C. type work.
6. Parking.

**NOTES OR ASSUMPTIONS:**
1. All steel to be engineered with proper drawing and software files supplied (if required).
2. All steel to be prefabricated, painted and taped in areas that are to be welded.
3. We assume the ribs, in the existing sheeting, shall match the new.
4. We assume the siding on the existing soffit will have to be loosened so that the new panels will slide up behind the upper existing panels.
5. We shall touch up paint only.
6. We have assumed that others will test for lead and any required abatement will be complete prior to the installation of this material.
7. The total amount of steel installed will be between columns # F.3 to 1.7.
8. We assume the strip curtains will come to us as a preassembled unit, to be unrolled and welded or bolted to head steel.

For the sum of $36,850.00, we will install the canopy as shown on the supplied sketches.

Sincerely,

*Dan Hurlburt*

CC: FILE - G²
     GREG ZAJAC - LMC

*Guy Guasco*
*5/9/06*



# LMC Industrial Contractors, Inc.
### 2060 Lakeville Road
### Avon, NY 14414
### Phone: (585) 226-6244 Fax: (585) 226-3317

| FKI Logistex<br>5384 Poplar Avenue<br>Suite 500<br>Memphis, TN 38119 | | P.O. # | |
| --- | --- | --- | --- |
| | | Quote # | 4394 |
| | | Request | |
| | | Page: | Page 1 of 2 |
| **Attention:** | Guy Guasco | Date | 5/19/06 |

### *LMC is pleased to quote the following:*

Re: For the mechanical installation of new conveyor equipment and revised bulk conveyor support arrangement as described in RFP-037, 039 and 042 as submitted 5/16/06.

## INCLUDED IN THIS QUOTATION:

1. Install all new fabricated, designed steel per drawing and to field verified dimensions.
2. All materials to be supplied by FKI.
3. All work to be completed on straight time basis.
4. Touch up painting only.

## NOT INCLUDED IN THIS QUOTATION:

1. Sales tax.
2. Port Authority or other permits.
3. Fire watch or master mechanics.
4. Painting.
5. G.C. type work.
6. Parking.
7. Any asbestos abatement (drilling) or testing.

## NOTES OR ASSUMPTIONS:

1. All steel to be engineered with proper drawing and software files supplied (if required).
2. All steel to be prefabricated, painted and taped in areas that are to be welded.
3. Changes to the bulk conveyor supports apply to the west side only. The existing east side will remain "as is."
4. We shall touch up paint only.



# LMC Industrial Contractors, Inc.
## 2060 Lakeville Road
## Avon, NY 14414
### Phone: (585) 226-6244 Fax: (585) 226-3317

*C/o # 007R*

| | | |
|---|---|---|
| FKI Logistex | **P.O. #** | |
| 5384 Poplar Avenue | **Quote #:** | 4394 |
| Suite 500 | **Request** | |
| Memphis, TN 38119 | **Page:** | Page 2 of 2 |
| **Attention:** Guy Guasco | **Date** | 5/19/06 |

*LMC is pleased to quote the following:*

RFP-037 – add a fifth line back to OCR second floor.  Second lines previously removed on RFP-13.

TOTAL $8,296 + *2200 USEDS* = *# 10496* *G²* *6/6/06*

RFP-039 – extend floor supported accuzone conveyor in four (4) locations on the second floor each by 20 feet.
(Excludes the services of U.S. Environmental for floor drilling/asbestos abatement on these extended sections.)

TOTAL $9,200 + *3000 USEDS* = *# 12,200* *G²* *6/6/06*

RFP-039 – rework the bulk conveyor support arrangement on three (3) include conveyors as shown in drawings FM-010, 010A and 010B.

TOTAL $59,670           *G²* *6/6/06*

LMC will proceed with the above additional mechanical installation work after receipt of formal authorization from FKI purchasing.

Sincerely,

*Clair Fairbrother*

Clair Fairbrother

# LMC Industrial Contractors, Inc.

2060 Lakeville Road
Avon, NY 14414
Tel# (585) 226-6244    Fax# (585) 226-3317

| Customer: | | Invoice# |
|---|---|---|

FKI LOGISTEX INTEGRATION, INC.
9301 Olive Blvd
Attn: Melissa Wenger
St Louis            MO    63132-

**17683**

Attn:    ACCOUNTS PAYABLE

| DATE | TERMS | PURCHASE ORDER NO | LMC JOB NO |  |
|---|---|---|---|---|
| 10/31/2006 | 55 DAYS - NET | 1001205-0020 | 2004096 | BILLING AMOUNT |

Re: USPS at JFK Airport, NYC

Mechanical field installation for the Airline Receiving Concourse and Tray Mail Takeaway
Transport Conveyor (Trayline) at the New York Int'l Service Center (NYSIC).

8,972.00

Change Order # 017 (a)

| | |
|---|---|
| Sub total  $ | 8,972.00 |
| Retainage | 0.00 |
| Total Due  $ | 8,972.00 |

ALL OPEN ACCOUNTS ARE DUE 30 DAYS FROM DATE OF INVOICE. ANY ACCOUNT
OVERDUE WILL BE CHARGED 1.5% PER MONTH, 18% PER ANNUM.



5384 Poplar Ave Suite 500, Memphis, TN 38119
PHONE: 901/683-5222 - FAX NO.: 901/763-0919

## Subcontract — Change Order #017

Job: **A736050**
Date: **10/11/06**

No. **1001205-0020**

TO : **LMC Industrial Contractors**
**2060 Lakeville Rd.**
**Avon, NY. 14414**
**Tom Coll  585-226-6244**

SHIP TO: **FKI c/o USPS JFK ISC**
**Bldg 250 North Boundary Rd**
**Jamaica, NY 11430**
**Attn: Charles Stanford**

IN ACCORDANCE WITH TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE AND AS MAY
BE FURTHER STATED BELOW OR ON IDENTIFIED ATTACHMENTS HERETO , KINDLY ENTER ORDER
AS BELOW.

| Quantity | Item or Description | Price Ea. | Extended Price |
|---|---|---|---|
| 1 | Original base subcontract amount............. | | $ 7,350,000.00 |
| 1 | Addition of Bond costs............................ | | 68,552.00 |
| 1 | Change Order #001 subtotal..... | | 261,984.00 |
| 1 | Change Order #002 subtotal..... | | 45,980.00 |
| 1 | Change Order #003 subtotal..... | | (2,488.00) |
| 1 | Change Order #004 subtotal..... | | 58,427.00 |
| 1 | Change Order #005R subtotal... | | 53,660.00 |
| 1 | Change Order #006R subtotal.... | | 334,850.04 |
| 1 | Change Order #007R subtotal.... | | 121,555.00 |
| 1 | Change Order #008 subtotal...... | | 251,201.00 |
| 1. | Change Order #009 subtotal...... | | 55,212.00 |
| 1 | Change Order #010 subtotal....... | | 326,161.64 |
| 1 | Change Order #011 subtotal....... | | 25,033.00 |
| 1 | Change Order #012 subtotal....... | | 94,933.00 |
| 1 | Change Order #013 subtotal...... | | 10,356.00 |
| 1 | Change Order #014 subtotal.... | | 60,19.62 |
| 1 | Change Order #015 subtotal..... | | 221,520.33 |
| 1 | Change Order #016 subtotal..... | | 14,950.00 |
| | Previous total of subcontract...... | | $ 9,352,006.63 |
| 1 | ***Change Order #017:*** *Hold* | | |
| | a) *Install angle and filler plates along the wall between ARC mezz and building per quote dated 9-26-06......* | | *8,972.00* |
| | b) *EWO week ending 9-9-06....* | | *2,151.99* |
| | c) *EWO week ending 9-16-06.....* | | *4,140.27* |
| | d) *EWO week ending 9-23-06....* | | *1,953.29* |
| | e) *EWO week ending 9-30-06* | | *5,048.96* |
| | f) *EWO week ending 10-07-06* | | *2,924.38* |

*OK to bill*

C:\Documents and Settings\New User\Local Settings\Temporary Internet Files\OLK12\Sub CO 017 LMC 1001205-0020 .doc

|  |  |
|---|---|
| g)  *Deducts for foreman hrs previous EWOs* | -4,811.82 |
| *Change order #017 total........* | 20,379.07 |
| *Revise contract amount......* | $9,372,385.70 |

Cc: Warren Pierce, Jeanette Embry, Charles S, Rich L.,
File A736050-1312

FOB – USPS JFK ISC      Terms    <u>Net 55</u>      Required Arrival Date: N/A

ACCEPTED BY

VENDOR _____

BY _____

TITLE _____

DATE _____

APPROVED FOR
**FKI Logistex**
BY _____

TITLE _____

# LMC Industrial Contractors, Inc.
## 2060 Lakeville Rd.
## Avon, NY 14414
### Phone: (585) 226-6244  Fax: (585) 226-3317

*A736050 - 1312*

| | |
|---|---|
| P.O. # | |
| Quote #: | |
| Request | |
| Page: | |
| Date | 9-26-2006 |

FKI Corporation
5384 Poplar Ave.
Suite #500
Memphis, TN 38119

| Attention: | Guy Guasco |
|---|---|

*LMC is pleased to quote the following:*

Re: Block opening between walkway and back wall in Arc building as described by FKI's Rich Lane and Charles Stanford. Details off a photo ( no approved prints) .

### INCLUDED IN THIS QUOTATION:
Weld angle iron to existing platform approximately one hundred feet (100') with a one inch weld (1") every thirty six inches (36") (Furnished by FKI)
Weld filler plates Approximately Ninety five (95) in remaining gap between angle and wall with two quarter inch (1/4) tack weld (Filler Plates Furnished by FKI)

### Not Included in This Quotation:
All Electrical Wiring,
Filing with the Port Authority
Training or testing of equipment
Overtime or shift work
Engineering or drawings
Painting

LMC will provide the Labor, Tools and equipment for the above mentioned for the sum of:
Eight Thousand, Nine hundred Seventy Two Dollars ($8,972.00)

Thomas E. Coll
Vice President

*c/o #17*
*ok*
*Guy Guasco 10-11-06*

# *LMC Industrial Contractors, Inc.*
## *2060 Lakeville Road*
### *Avon, NY 14414*
*Tel# (585) 226-6244    Fax# (585) 226-3317*

| Customer | | | Invoice# |
|---|---|---|---|

FKI LOGISTEX INTEGRATION, INC.                                    **17695**
9301 Olive Blvd
Attn: Melissa Wenger
St Louis                MO    63132-

**Attn:** **ACCOUNTS PAYABLE**

| DATE | TERMS | PURCHASE ORDER NO | LMC JOB NO |
|---|---|---|---|
| 10/31/2006 | 55 DAYS - NET | 1001205-0020 | 2004096 |

| | BILLING AMOUNT |
|---|---|

Re: USPS at JFK Airport, NYC
Mechanical field installation for the Airline Receiving Concourse and Tray Mail Takeaway
Transport Conveyor (Trayline) at the New York Int'l Service Center (NYSIC).

Extended overhead charges: Weeks Ending October 1 - October 28, 2006                    91,185.47

| | | |
|---|---|---|
| Sub total $ | 91,185.47 |
| Retainage | 0.00 |
| **Total Due $** | **91,185.47** |

ALL OPEN ACCOUNTS ARE DUE 30 DAYS FROM DATE OF INVOICE. ANY ACCOUNT
OVERDUE WILL BE CHARGED 1.5% PER MONTH, 18% PER ANNUM.