cc: To Project File (Aubrey)
10/4/06

Change orders week end 9-23-20061

| CONTRACT | DESCRIPTION | DATE | TOTAL AMOUNT | COMMENTS | |
|---|---|---|---|---|---|
| | SUMMARY OF CHANGE ORDERS FKI PROJECT #2004-096 | | | | |
| | USPS AT JFK NEW YORK | | | | |
| | | | | | |
| | Week Ending 9/23/2006 | 2006 | | | |
| | 3Bhead puleey fab3/4out sq.flip belt slot holes for dr drum | 22-Sep | 2,076.67 | | |
| | | | | | |
| | | | | | |
| | Total | | $2,076.67 | | |

CO #017

2076.67
- 123.38
1953.29 ok ✓

# FIELD AUTHORIZED TIME AND MATERIAL CHANGE ORDER

**LMC**
ROBERSON, LLC
2060 LAKEVILLE ROAD
AVON, NEW YORK 14414
PHONE: (585) 226-6244
FAX: (585) 226-3317

| | |
|---|---|
| JOB # 2004-096 | CUSTOMER FKI LOGISTEX |
| CHANGE ORDER # | STREET |
| DATE 9/22/06 | CITY STATE |
| DAY OF WEEK FRIDAY | COUNTY ZIP |
| SITE LOCATION USPS JFK | CONTACT |
| SHIFT 1 2 3 | CUSTOMER PHONE |

| TRAVEL | |
|---|---|
| TRAVEL TIME | HOURS |
| MILES DRIVEN | |

| NAME | TOTAL HRS REG | TOTAL HRS OT | RATES | TOTAL $ |
|---|---|---|---|---|
| D. Cloer | 1 | | | |
| E. Weber | 8 | | | |
| S. Cooper | 8 | | | |
| Total $ | | | | |

## TOOLS AND EQUIPMENT

| QTY | DESCRIPTION | RATE | TOTAL |
|---|---|---|---|
| | PICKUP TRUCK | | |
| | HIGH LIFT | | |
| | SCAFFOLD | | |
| | SMALL TOOLS | | |
| | WELDER | | |
| | TORCHES | | |
| | PLASMA TORCH | | |
| | PIPE THREADER | | |
| | ZIPSAW | | |
| | CHAINFALLS | | |
| | CAT DOLLIES | | |
| | TRACKJACKS | | |
| | PORTABAND | | |
| | HAMMERDRILL | | |
| | BEVEL MACHINE | | |
| | GROOVER | | |
| | COREDRILL | | |
| | GENERATOR | | |
| | GENIE LIFT | | |
| | ROUSTABOUT | | |
| | LIGHT CARTS | | |
| | TAMPER | | |
| | BACKHOE | | |
| | CONCRETE SAW | | |
| | FORKLIFT | | |
| | BOOM TRUCK | | |
| | CRANE | | |
| | WATER PUMP | | |
| | WIRE PULLER | | |
| | CONDUIT BENDE | | |
| | JACKHAMMER | | |
| | LARGE SKATES | | |
| | SMALL SKATES | | |
| | MAG DRILL | | |
| | JOB TRAILER | | |
| | STORAGE TRAILE | | |
| | WACHS BEVELER | | |
| SUB TOTALS: | | | |

## DESCRIBE WORK

PHASE 3B
ARC BLDG
UNABLE TO TRACK
BELT ON CONVEYOR BE?
DUE TO HEAD PULLEY
FRAME BEING FABRICATED
FROM VENDOR 3/4"
OUT OF SQUARE
REMOVED BELT &
REVERSE AS WELL AS
SLOTED HOLES FOR
DRIVE DRUM ADJUSTMENTS.
AS PER FKI

RECORD MATERIALS USED ON THE MATERIAL SHEETS

| | |
|---|---|
| TRAVEL: | |
| LABOR: | |
| EQUIPMENT: | |
| GASES: | |
| MATERIALS: | |
| DELIVERIES: | |
| MISC: | |
| TAX: | |
| GRAND TOTAL: | |

| QTY | GASES | EACH | TOTAL |
|---|---|---|---|
| | OXYGEN | | |
| | ACETYLENE | | |
| | TRIMIX | | |
| | ARGON | | |
| | B TANK | | |
| | PROPANE | | |
| | CO2 | | |

## DELIVERIES

| | |
|---|---|
| FREIGHT BY PICKUP | |
| FREIGHT BY TRUCK | |
| FREIGHT BY SEMI | |

WORK ORDERED BY

SIGNATURE [illegible]

I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK

YELLOW COPY CUSTOMER TAG COPY FOREMAN

W/E 9-23-2006
jfk fki project

3Bhead puleey fab3/4out sq.flip belt slot holes for dr drum

9/22/2006

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| Millwrights | | 128.47 | 0.00 | |
| General Foreman | 1 | 123.38 | 123.38 | |
| Foreman | 16 | 118.30 | 1,892.80 | |
| Journeymen | 17 | | 2,016.18 | 2,016.18 |
| | Hours | Rate | Quantity | |
| Welder | | 0.00 | | 0.00 |
| | Days | Rate | Quantity | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | | 50.00 | | 0.00 |
| Scissors lift | | 35.00 | | 0.00 |
| Boomlifts | | 125.00 | | 0.00 |
| Lull Forklift | | 217.00 | | 0.00 |
| Small tools | 3% of labor | | | 60.49 |
| 3Bhead puleey fab3/4out sq.flip belt slot holes for dr drum | | | | 2,076.67 |

FM/GF
D&D
123.38

cc Project File
10/9/06

ChangeOrdersUSPS week end 9-30-2006

| CONTRACT | DESCRIPTION | DATE | TOTAL AMOUNT | COMMENTS | |
|---|---|---|---|---|---|
| | SUMMARY OF CHANGE ORDERS FKI PROJECT #2004-096 | | | | |
| | USPS AT JFK NEW YORK | | | | |
| | | 2006 | | | |
| | Week Ending 9-30-2006 | | | | |
| | 6F1-reconstruct-mod scanner/camera bkt. | 29-Sep | 1,009.79 | | |
| | phs.all torque axle locks on 1st fl tray | 9/25,26,27,28/06 | 4,039.17 | | |
| | Total | | $5,048.96 | | |

CO# 017 ✓
Tot. $5048.96 OK

# FIELD AUTHORIZED TIME AND MATERIAL CHANGE ORDER

LMC
ROBERSON, LLC
2060 LAKEVILLE ROAD
AVON, NEW YORK 14414
PHONE: (585) 226-6244
FAX: (585) 226-3317

| | |
|---|---|
| JOB # 2004-096 | CUSTOMER FKI LOGISTEX |
| CHANGE ORDER # | STREET |
| DATE 9/25, 26, 27 & 28/06 | CITY STATE |
| DAY OF WEEK MON, TUES, WED, THURS | COUNTY ZIP |
| SITE LOCATION USPS JFK | CONTACT |
| SHIFT 1 2 3 | CUSTOMER PHONE |

| TRAVEL | |
|---|---|
| TRAVEL TIME | HOURS |
| MILES DRIVEN | |

| NAME | TOTAL HRS REG | TOTAL HRS OT | RATES | TOTAL $ |
|---|---|---|---|---|
| Ken Cartledge | 32 | | | |

Total $

## TOOLS AND EQUIPMENT

| QTY | DESCRIPTION | RATE | TOTAL |
|---|---|---|---|
| | PICKUPTRUCK | | |
| | HIGHLIFT | | |
| | SCAFFOLD | | |
| | SMALLTOOLS | | |
| | WELDER | | |
| | TORCHES | | |
| | PLASMATORCH | | |
| | PIPETHREADER | | |
| | ZIPSAW | | |
| | CHAINFALLS | | |
| | CATDOLLIES | | |
| | TRACKJACKS | | |
| | PORTABAND | | |
| | HAMMERDRILL | | |
| | BEVELMACHINE | | |
| | GROOVER | | |
| | COREDRILL | | |
| | GENERATOR | | |
| | GENIELIFT | | |
| | ROUSTABOUT | | |
| | LIGHTCARTS | | |
| | TAMPER | | |
| | BACKHOE | | |
| | CONCRETESAW | | |
| | FORKLIFT | | |
| | BOOMTRUCK | | |
| | CRANE | | |
| | WATERPUMP | | |
| | WIREPULLER | | |
| | CONDUITBENDER | | |
| | JACKHAMMER | | |
| | LARGESKATES | | |
| | SMALLSKATES | | |
| | MAGDRILL | | |
| | JOBTRAILER | | |
| | STORAGETRAILER | | |
| | WACHSBEVELER | | |
| 1 | Sizzor Lift | | |

SUB TOTALS:

## DESCRIBE WORK

Phases All
Torque Hardware on Axle Locks throughout New Tray Mail System on 1st Floor As Per FKI

RECORD MATERIALS USED ON THE MATERIAL SHEETS

| | |
|---|---|
| TRAVEL: | |
| LABOR: | |
| EQUIPMENT: | |
| GASES: | |
| MATERIALS: | |
| DELIVERIES: | |
| MISC: | |
| TAX: | |
| GRAND TOTAL: | |

| QTY | GASES | EACH | TOTAL |
|---|---|---|---|
| | OXYGEN | | |
| | ACETYLENE | | |
| | TRIMIX | | |
| | ARGON | | |
| | BTANK | | |
| | PROPANE | | |
| | CO2 | | |

## DELIVERIES

| | |
|---|---|
| FREIGHTBYPICKUP | |
| FREIGHTBYTRUCK | |
| FREIGHTBYSEMI | |

WORK ORDERED BY FKI

SIGNATURE [signature]

I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK

| jfk fki project | phs.all torque axle locks on 1st fl tray | | 9/25,26,27,28/06 | |
|---|---|---|---|---|
| Labor | hours | rate | charge | |
| Millwrights | | | | |
| Foreman | | 123.38 | 0.00 | |
| Journeymen | 32 | 118.30 | 3,785.60 | |
| | 32 | | 3,785.60 | 3,785.60 |
| | Hours | Rate | Quantity | |
| Welder | | 0.00 | | 0.00 |
| | Days | Rate | Quantity | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | | 50.00 | | 0.00 |
| Scissors lift | 4.0 | 35.00 | 1 | 140.00 |
| Boomlifts | | 125.00 | | 0.00 |
| Small tools | 3% of labor | | | 113.57 |
| phs.all torque axle locks on 1st fl tray | | | | 4,039.17 |

FALSE
DEO
-NONE

# FIELD AUTHORIZED TIME AND MATERIAL CHANGE ORDER

LMC
ROBERSON, LLC
2060 LAKEVILLE ROAD
AVON, NEW YORK 14414
PHONE: (585) 226-6244
FAX: (585) 226-3317

| | |
|---|---|
| JOB # 2004-096 | CUSTOMER F.K.I LOGISTEX |
| CHANGE ORDER # | STREET |
| DATE 9/29/06 | CITY / STATE |
| DAY OF WEEK FRIDAY | COUNTY / ZIP |
| SITE LOCATION USPS JFK | CONTACT |
| SHIFT 1 2 3 | CUSTOMER PHONE |

| TRAVEL | |
|---|---|
| TRAVEL TIME | HOURS |
| MILES DRIVEN | |

| NAME | TOTAL HRS REG | TOTAL HRS OT | RATES | TOTAL $ |
|---|---|---|---|---|
| Ken Cartledge | 8 | | | |
| Total $ | | | | |

## TOOLS AND EQUIPMENT

| QTY | DESCRIPTION | RATE | TOTAL |
|---|---|---|---|
| | PICKUP TRUCK | | |
| | HIGH LIFT | | |
| | SCAFFOLD | | |
| | SMALL TOOLS | | |
| | WELDER | | |
| | TORCHES | | |
| | PLASMA TORCH | | |
| | PIPE THREADER | | |
| | ZIP SAW | | |
| | CHAIN FALLS | | |
| | CAT DOLLIES | | |
| | TRACK JACKS | | |
| | PORTABAND | | |
| | HAMMER DRILL | | |
| | BEVEL MACHINE | | |
| | GROOVER | | |
| | CORE DRILL | | |
| | GENERATOR | | |
| | GENIE LIFT | | |
| | ROUSTABOUT | | |
| | LIGHT CARTS | | |
| | TAMPER | | |
| | BACKHOE | | |
| | CONCRETE SAW | | |
| | FORKLIFT | | |
| | BOOM TRUCK | | |
| | CRANE | | |
| | WATER PUMP | | |
| | WIRE PULLER | | |
| | CONDUIT BENDER | | |
| | JACKHAMMER | | |
| | LARGE SKATES | | |
| | SMALL SKATES | | |
| | MAG DRILL | | |
| | JOB TRAILER | | |
| | STORAGE TRAILER | | |
| | WACHS BEVELER | | |
| 1 | Sizzor Lift | | |
| SUB TOTALS: | | | |

## DESCRIBE WORK

Phase 6 F1 (ASC 1-23 & ASC 1-24) Reconstruct & Modify Scanner/Camera Bracket to suite field conditions as per FKI & Tech
Completed one unit

RECORD MATERIALS USED ON THE MATERIAL SHEETS

| | |
|---|---|
| TRAVEL: | |
| LABOR: | |
| EQUIPMENT: | |
| GASES: | |
| MATERIALS: | |
| DELIVERIES: | |
| MISC: | |
| TAX: | |
| GRAND TOTAL: | |

| QTY | GASES | EACH | TOTAL |
|---|---|---|---|
| | OXYGEN | | |
| | ACETYLENE | | |
| | TRIMIX | | |
| | ARGON | | |
| | B TANK | | |
| | PROPANE | | |
| | CO2 | | |

| DELIVERIES | |
|---|---|
| FREIGHT BY PICKUP | |
| FREIGHT BY TRUCK | |
| FREIGHT BY SEMI | |

WORK ORDERED BY FKI

SIGNATURE [signature]

I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK

T&M COPY FOREMAN

W/E 9-30-2006
jfk fki project

6F1-reconstruct-mod scanner/camera bkt. 29-Sep

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| Millwrights | | | | |
| General Foreman | | 128.47 | 0.00 | |
| Foreman | | 123.38 | 0.00 | |
| Journeymen | 8 | 118.30 | 946.40 | |
| | 8 | | 946.40 | 946.40 |
| | Hours | Rate | Quantity | |
| Welder | | 0.00 | | 0.00 |
| | Days | Rate | Quantity | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | | 50.00 | | 0.00 |
| Scissors lift | 1.0 | 35.00 | 1 | 35.00 |
| Boomlifts | | 125.00 | | 0.00 |
| Lull Forklift | | 217.00 | | 0.00 |
| Small tools | 3% of labor | | | 28.39 |
| 6F1-reconstruct-mod scanner/camera bkt. | | | | 1,009.79 |

Fuel/Gas
DED.
None

CC: Project File
10/18/06

Change order week ending 10-07-06

| | SUMMARY OF CHANGE ORDERS FKI PROJECT #2004-096 | | | | |
|---|---|---|---|---|---|
| | USPS AT JFK NEW YORK | | | | |
| | | | TOTAL | | |
| CONTRACT | DESCRIPTION | DATE | AMOUNT | COMMENTS | |
| | | | | | |
| | Week Ending 10-07-2006 | 2006 | | | |
| | Torque axle locks 1st floor | 10-3,4,5-2006 | 2,924.38 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | Total | | $2,924.38 | | |

CO #017
@
Tot. 2924.38 ok ✓

W/E 10-07-2006
jfk fki project

Torque axle locks 1st floor

10-3,4,5-2006

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| Millwrights | | | | |
| General Foreman | | 128.47 | 0.00 | |
| Foreman | | 123.38 | 0.00 | |
| Journeymen | 24 | 118.30 | 2,839.20 | |
| | 24 | | 2,839.20 | 2,839.20 |
| | Hours | Rate | Quantity | |
| Welder | | 0.00 | | 0.00 |
| | Days | Rate | Quantity | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | | 50.00 | | 0.00 |
| Scissors lift | | 35.00 | | 0.00 |
| Boomlifts | | 125.00 | | 0.00 |
| Lull Forklift | | 217.00 | | 0.00 |
| Small tools | 3% of labor | | | 85.18 |
| | | | | 2,924.38 |
| Torque axle locks 1st floor | | | | |

FM/GF
DED

None