LMC Industrial Contractors, Inc.

Weekly Management Costs
Week Ending October 1, 2006 through Week Ending October 28, 2006

| | | | |
|---|---|---|---|
| Poolt, Joseph | 160 | $104.82 | 16,771.20 |
| Zajac, Gregory | 128 | $104.52 | 13,378.56 |
| David Cloer | 160 | $100.42 | 16,067.20 |
| Weber, Stanley | 120 | $100.42 | 12,050.40 |
| TCB Consulting | 0 | 0 | - |
| | 0 | $100.42 | - |
| | | | $58,267.36 |
| journeymen | 1352 | $8.93 | $12,073.36 |
| trailer rental | | 875.67 | $875.67 |
| Equipment Rentals | | 0 | - |
| Phones / Fedex Services | | 807.5 | $807.50 |
| Tools / Equipment, see below | | 0 | 18,300.00 |
| Miscellaneous Expenses | | 861.58 | $861.58 |
| | | 0 | $91,185.47 |

| | |
|---|---|
| 10/7/2006 | $23,031.83 |
| 10/14/2006 | $22,146.36 |
| 10/21/2006 | $22,842.90 |
| 10/28/2006 | $23,164.38 |
| | $91,185.47 |

# LMC Industrial Contractors, Inc.
## 2060 Lakeville Road
## Avon, NY 14414
### Tel# (585) 226-6244    Fax# (585) 226-3317

| Customer: | Invoice#: |
|---|---|

FKI LOGISTEX INTEGRATION, INC.
9301 Olive Blvd
Attn: Melissa Wenger
St Louis          MO    63132-

**17698**

*USPS JFK*
*A-736050*

Attn: ACCOUNTS PAYABLE

| DATE | TERMS | PURCHASE ORDER NO. | LMC JOB NO. | |
|---|---|---|---|---|
| 11/6/2006 | 55 DAYS - NET | 1001205-0020 | 2004096 | BILLING AMOUNT |

Re: USPS at JFK Airport, NYC

**Mechanical field installation for the Airline Receiving Concourse and Tray Mail Takeaway Transport Conveyor (Trayline) at the New York Int'l Service Center (NYSIC).**

| | | | |
|---|---|---|---|
| Change Order # 016 | *DIVERTERS* | *14,657* | 14,950.00 |
| Change Order # 018 | *OT / AXLE LOCKS* | | 12,925.17 |
| Change Order # 019 | *USEUS WORK* | | 5,720.00 |
| Change Order # 020 | *OT DIVERT* | | 2,871.00 |

*A-736050 - 1312*
*ok !*

*Guy Gresser*
*11-16-06*

*$ 36,173.17*

| | |
|---|---|
| Sub total $ | 36,466.17 |
| Retainage | 0.00 |
| **Total Due $** | **36,466.17** |

ALL OPEN ACCOUNTS ARE DUE 30 DAYS FROM DATE OF INVOICE. ANY ACCOUNT OVERDUE WILL BE CHARGED 1.5% PER MONTH, 18% PER ANNUM.



**FKI Logistex**

5384 Poplar Ave Suite 500, Memphis, TN 38119
PHONE: 901/683-5222 • FAX NO.: 901/763-0919

## Subcontract – Change Order #020

Job: **A736050**
Date: **11/3/06**

No. **1001205-0020**

TO: **LMC Industrial Contractors**
**2060 Lakeville Rd.**
**Avon, NY. 14414**
**Tom Coll  585-226-6244**

SHIP TO: **FKI c/o USPS JFK ISC**
**Bldg 250 North Boundary Rd**
**Jamaica, NY 11430**
**Attn: Charles Stanford**

IN ACCORDANCE WITH TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE AND AS MAY
BE FURTHER STATED BELOW OR ON IDENTIFIED ATTACHMENTS HERETO , KINDLY ENTER ORDER
AS BELOW.

| Quantity | Item or Description | Price Ea. | Extended Price |
|---|---|---|---|
| 1 | Original base subcontract amount.............. | | $ 7,350,000.00 |
| 1 | Addition of Bond costs............................ | | 68,552.00 |
| 1 | Change Order #001 subtotal..... | | 261,984.00 |
| 1 | Change Order #002 subtotal..... | | 45,980.00 |
| 1 | Change Order #003 subtotal..... | | (2,488.00) |
| 1 | Change Order #004 subtotal..... | | 58,427.00 |
| 1 | Change Order #005R subtotal... | | 53,660.00 |
| 1 | Change Order #006R subtotal.... | | 334,850.04 |
| 1 | Change Order #007R subtotal.... | | 121,555.00 |
| 1 | Change Order #008 subtotal...... | | 251,201.00 |
| 1 | Change Order #009 subtotal...... | | 55,212.00 |
| 1 | Change Order #010 subtotal....... | | 326,161.64 |
| 1 | Change Order #011 subtotal..... | | 25,033.00 |
| 1 | Change Order #012 subtotal...... | | 94,933.00 |
| 1 | Change Order #013 subtotal..... | | 10,356.00 |
| 1 | Change Order #014 subtotal.... | | 60,19.62 |
| 1 | Change Order #015 subtotal.... | | 221,520.33 |
| 1 | Change Order #016 subtotal..... | | 14,950.00 |
| 1 | Change Order #017 subtotal.... | | 20,379.07 |
| 1 | Change Order #018 subtotal..... | | 12,925.17 |
| 1 | Change Order #019 subtotal..... | | 5,720.00 |
| | Previous total of subcontract...... | | $ 9,391,030.87 |
| 1 | | | |
| | *Change Order #020:* | | |
| | a) *Additional OT labor for Sunday diverter* | | 2,871.00 |
| | *change out as requested by USPS, per LMC* | | |
| | *quote dated 11-2-06......* | | |
| | *Revise contract amount......* | | $9,393,901.87 |

| | Cc: Warren Pierce, Melissa Wenger, Charles S, Cindy S., File A736050-1312 | | 736050-1312 |
|---|---|---|---|
| FOB – USPS JFK ISC | Terms    Net 55 | Required Arrival Date: N/A | |

**ACCEPTED BY**

VENDOR _____

BY _____

TITLE _____

DATE _____

APPROVED FOR

**FKI Logistex**

BY _____

TITLE _____

# LMC Industrial Contractors, Inc.
2060 Lakeville Rd.
Avon, NY 14414
Phone: (585) 226-6244  Fax: (585) 226-3317

| FKI Corporation | P.O. # | |
|---|---|---|
| 5384 Poplar Ave. | Quote #: | |
| Suite #500 | Request | |
| Memphis, TN 38119 | Page: | |
| **Attention:**    Guy Guasco | Date | 10-12 2006 |

*LMC is pleased to quote the following:*

Re:  Divert and Merge installation at JFK, USPS (TFC8DVI)

# A 7360⁵⁰ - 1312

**INCLUDED IN THIS QUOTATION:**
Assemble System to test on floor by FKI (TFC8DVI)
Disassemble system to install at designated area
Work to be performed on overtime (requested by FKI)

**Not Included in This Quotation:**
All Electrical Wiring,
Filing with the Port Authority
Training or testing of equipment
Engineering or drawings

*included with*
*CO # 18*
*ent*
*11/6/06*

LMC will provide the Labor, Tools and equipment for the above mentioned for the sum of:
  Eight Thousand, Eighty Five Dollars ($8,085.86)

The above contract has been revised as of 10-19-06 due to schedule change , the
total sum has changed to  **Five Thousand ,Three Hundred and eighty Eight
Dollars ($5,388.00) Additional overtime for RFP-31R total cost :
 Eight Thousand Seven Hundred Six Dollars ( $8,706.00)**

C/o #20

Thomas E. Coll
Vice President

**Additional Overtime requested by FKI  for work performed Monday November
6ᵗʰ starting at 12am.**

LMC will provide the additional labor mentioned above in addition to the original
quote of:
Two Thousand, Eight Hundred Seventy One Dollars ($2,871.00)

11-2-06
G





**FKI Logistex**

5384 Poplar Ave Suite 500, Memphis, TN 38119
PHONE: 901/683-5222 - FAX NO.: 901/763-0919

# Subcontract – Change Order #019

Job: __A736050__
Date: __10/27/06__

No.__1001205-0020__

TO :  __LMC Industrial Contractors__          SHIP TO: __FKI c/o USPS JFK ISC__
__2060 Lakeville Rd.__                          __Bldg 250 North Boundary Rd__
__Avon, NY. 14414__                             __Jamaica, NY 11430__
__Tom Coll  585-226-6244__                      __Attn: Charles Stanford__

IN ACCORDANCE WITH TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE AND AS MAY
BE FURTHER STATED BELOW OR ON IDENTIFIED ATTACHMENTS HERETO , KINDLY ENTER ORDER
AS BELOW.

| Quantity | Item or Description | Price Ea. | Extended Price |
|---|---|---|---|
| 1 | Original base subcontract amount............. | | $ 7,350,000.00 |
| 1 | Addition of Bond costs............................ | | 68,552.00 |
| 1 | Change Order #001 subtotal..... | | 261,984.00 |
| 1 | Change Order #002 subtotal..... | | 45,980.00 |
| 1 | Change Order #003 subtotal..... | | (2,488.00) |
| 1 | Change Order #004 subtotal..... | | 58,427.00 |
| 1 | Change Order #005R subtotal... | | 53,660.00 |
| 1 | Change Order #006R subtotal.... | | 334,850.04 |
| 1 | Change Order #007R subtotal.... | | 121,555.00 |
| 1 | Change Order #008 subtotal..... | | 251,201.00 |
| 1 | Change Order #009 subtotal...... | | 55,212.00 |
| 1 | Change Order #010 subtotal....... | | 326,161.64 |
| 1 | Change Order #011 subtotal..... | | 25,033.00 |
| 1 | Change Order #012 subtotal..... | | 94,933.00 |
| 1 | Change Order #013 subtotal...... | | 10,356.00 |
| 1 | Change Order #014 subtotal.... | | 60,19.62 |
| 1 | Change Order #015 subtotal.... | | 221,520.33 |
| 1 | Change Order #016 subtotal..... | | 14,950.00 |
| 1 | Change Order #017 subtotal..... | | 20,379.07 |
| 1 | Change Order #018 subtotal..... | | 12,925.17 |
| | Previous total of subcontract...... | | $ 9,385,310.87 |
| 1 | *Change Order #019:* | | |
| | *a)  Additional work for USEUS for asbestos* | | *5,720.00* |
| | *drilling 2nd floor RFP-037 and 039......* | | |
| | *Revise contract amount......* | | *$9,391,030.87* |
| | Cc: Warren Pierce, Melissa Wenger, Charles S., Cindy S., | | 736050-1312 |

| File A736050-1312 | | | |
|---|---|---|---|
| FOB – USPS JFK ISC     Terms     Net 55     Required Arrival Date: N/A | | | |
| | | | |

ACCEPTED BY

VENDOR _____

BY _____

TITLE _____

DATE _____

APPROVED FOR

**FKI Logistex**

BY _____

TITLE _____

# LMC Industrial Contractors, Inc.
2060 Lakeville Rd.
Avon, NY 14414
Phone: (585) 226-6244  Fax: (585) 226-3317

| | | |
|---|---|---|
| FKI Corporation<br>5384 Poplar Ave.<br>Suite #500<br>Memphis, TN 38119 | P.O. # | |
| | Quote #: | |
| | Request | |
| | Page: | |
| **Attention:**  Guy Guasco | Date | 10-27-2006 |

*LMC is pleased to quote the following:*

Re: Abatement second floor of USPS, bldg 250

## INCLUDED IN THIS QUOTATION:
Asbestos removal and containment while drilling approximately Eighty to One Hundred (80-100) holes on the second floor of USPS building #250.

## Not Included in This Quotation:

Filing with the Port Authority
Overtime or shift work
Engineering or drawings

LMC will provide the Labor, Tools and equipment for the above mentioned for the sum of;
Fifteen Thousand, One Hundred and Eighty Thousand Dollars ($15,180.00)

Thomas E. Coll
Vice President

*[handwritten:] Co# 019*
*[handwritten:] $ 5720 ON 2004.076*
*[handwritten:] $9460 ON 2006.071 IP#R*

*Covers Ewo's.*
*For W/E 10/14/06*



**FKI Logistex**

5384 Poplar Ave Suite 500, Memphis, TN 38119
PHONE: 901/683-5222 - FAX NO.: 901/763-0919

## Subcontract – Change Order #018

Job: **A736050**
Date: **10/20/06**

No.**1001205-0020**

TO :  **LMC Industrial Contractors**
     **2060 Lakeville Rd.**
     **Avon, NY. 14414**
     **Tom Coll  585-226-6244**

SHIP TO: **FKI c/o USPS JFK ISC**
       **Bldg 250 North Boundary Rd**
       **Jamaica, NY 11430**
       **Attn: Charles Stanford**

IN ACCORDANCE WITH TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE AND AS MAY
BE FURTHER STATED BELOW OR ON IDENTIFIED ATTACHMENTS HERETO , KINDLY ENTER ORDER
AS BELOW.

| Quantity | Item or Description | Price Ea. | Extended Price |
|---|---|---|---|
| 1 | Original base subcontract amount.............. | | $ 7,350,000.00 |
| 1 | Addition of Bond costs............................. | | 68,552.00 |
| 1 | Change Order #001 subtotal..... | | 261,984.00 |
| 1 | Change Order #002 subtotal..... | | 45,980.00 |
| 1 | Change Order #003 subtotal...... | | (2,488.00) |
| 1 | Change Order #004 subtotal..... | | 58,427.00 |
| 1 | Change Order #005R subtotal… | | 53,660.00 |
| 1 | Change Order #006R subtotal…. | | 334,850.04 |
| 1 | Change Order #007R subtotal…. | | 121,555.00 |
| 1 | Change Order #008 subtotal...... | | 251,201.00 |
| 1 | Change Order #009 subtotal...... | | 55,212.00 |
| 1 | Change Order #010 subtotal....... | | 326,161.64 |
| 1 | Change Order #011 subtotal..... | | 25,033.00 |
| 1 | Change Order #012 subtotal...... | | 94,933.00 |
| 1 | Change Order #013 subtotal...... | | 10,356.00 |
| 1 | Change Order #014 subtotal.... | | 60,19.62 |
| 1. | Change Order #015 subtotal.... | | 221,520.33 |
| 1 | Change Order #016 subtotal/*(2) Diverters/awort 9/21/06* | | 14,950.00 |
| 1 | Change Order #017 subtotal..... | | 20,379.07 |
| | Previous total of subcontract...... | | $ 9,372,385.70 |
| 1 | ***Change Order #018:*** | | |
| | a) *Additional work at TFC8DV1 and overtime for the diverter cluster area per quote 10-12-06......* | | 8,706.00 |
| | b) *EWO week ending 10-14-06 axle lock torque* | | 4,219.17 |
| | *Change order #018 total........* | | 12,925.17 |
| | *Revise contract amount......* | | $9,385,310.87 |

L:\2005-Proj\1001205 USPS Jamaica, NY JFK\Subcontractors\Sub CO #18 LMC 1001205-0020 .doc

| | Cc: Warren Pierce, Jeanette Embry, Charles S, Cindy S., File A736050-1312 | | |
|---|---|---|---|
| FOB – USPS JFK ISC | Terms    Net 55 | Required Arrival Date: N/A | |

**ACCEPTED BY**

VENDOR _____

BY _____

TITLE _____

DATE _____

APPROVED FOR
**FKI Logistex**

BY _____

TITLE _____

# LMC Industrial Contractors, Inc.
## 2060 Lakeville Rd.
## Avon, NY 14414
## Phone: (585) 226-6244  Fax: (585) 226-3317

| | | | |
|---|---|---|---|
| FKI Corporation | | P.O. # | |
| 5384 Poplar Ave. | | Quote #: | |
| Suite #500 | | Request | |
| Memphis, TN 38119 | | Page: | |
| Attention: | Guy Guasco | Date | 10-12-2006 |

*LMC is pleased to quote the following:*

Re:  Divert and Merge installation at JFK, USPS (TFC8DVI)

**INCLUDED IN THIS QUOTATION:**
Assemble System to test on floor by FKI (TFC8DVI)
Disassemble system to install at designated area
Work to be performed on overtime (requested by FKI)

**Not Included in This Quotation:**
All Electrical Wiring,
Filing with the Port Authority
Training or testing of equipment
Engineering or drawings

LMC will provide the Labor, Tools and equipment for the above mentioned for the sum of:
 Eight Thousand, Eighty Five Dollars ($8,085.86)

The above contract has been revised as of 10-19-06 due to schedule change , the
total sum has changed to  **Five Thousand ,Three Hundred and eighty Eight
Dollars ($5,388.00) Additional overtime for RFP-31R total cost :
 Eight Thousand Seven Hundred Six Dollars ( $8,706.00)**

Thomas E. Coll
Vice President

Change Orderweek ending 10-14-2006.xls.

| CONTRACT | DESCRIPTION | DATE | TOTAL AMOUNT | COMMENTS |
|---|---|---|---|---|
| SUMMARY OF CHANGE ORDERS  FKI PROJECT #2004-096 | | | | |
| USPS AT JFK NEW YORK | | | | |
| | | 2006 | | |
| | Week Ending 10-14-06 | 10/10,11,12&13/06 | | |
| | Torque Axle Locks | | 4,219.17 | |
| | Total | | $4,219.17 | |

c/o # 17
A736050 - 1312

OK
Roy Brown
10/20/06

Page 1 of 3
10/18/2006

**W/E 10-14-2006**

jfk fki project                  Torque Axle Locks                    10/10,11,12&13/06

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| **Millwrights** | | | | |
| General Foreman | | 128.47 | 0.00 | |
| Foreman | | 123.38 | 0.00 | |
| Journeymen | 32 | 118.30 | 3,785.60 | |
| | 32 | | 3,785.60 | 3,785.60 |
| | Hours | Rate | Quantity | |
| Welder | | 0.00 | | 0.00 |
| | Days | Rate | Quantity | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | | 50.00 | | 0.00 |
| Scissors lift | 2.0 | 35.00 | 1 | 70.00 |
| Boomlifts | 2.0 | 125.00 | 1 | 250.00 |
| Lull Forklift | | 217.00 | | 0.00 |
| Small tools | 3% of labor | | | 113.57 |
| **Torque Axle Locks** | | | | **4,219.17** |

# FIELD AUTHORIZED TIME AND MATERIAL CHANGE ORDER

**CUSTOMER** FKI LOGISTEX

**LMC**
**ROBERSON, LLC**
2060 LAKEVILLE ROAD
AVON, NEW YORK 14414
PHONE: (585) 226-6244
FAX: (585) 226-3317

2004-096
CHANGE ORDER #

STREET

DATE 10/10, 11, 12 & 13/06

CITY          STATE

DAY OF WEEK Tues, Wed, Thurs & Friday

COUNTY          ZIP

SITE LOCATION USPS JFK

CONTACT

SHIFT   1   2   3

CUSTOMER PHONE

| TRAVEL | |
| --- | --- |
| TRAVEL TIME | HOURS |
| MILES DRIVEN | |

| NAME | TOTAL HRS REG | OT | RATES | TOTAL $ |
| --- | --- | --- | --- | --- |
| K. Cartledge | 32 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## TOOLS AND EQUIPMENT

| QTY | DESCRIPTION | RATE | TOTAL |
| --- | --- | --- | --- |
| | PICKUP TRUCK | | |
| | HIGH LIFT | | |
| | SCAFFOLD | | |
| | SMALL TOOLS | | |
| | WELDER | | |
| | TORCHES | | |
| | PLASMA TORCH | | |
| | PIPE THREADER | | |
| | ZIP SAW | | |
| | CHAIN FALLS | | |
| | CAT DOLLIES | | |
| | TRACK JACKS | | |
| | PORTA BAND | | |
| | HAMMER DRILL | | |
| | BEVEL MACHINE | | |
| | GROOVER | | |
| | CORE DRILL | | |
| | GENERATOR | | |
| | GENIE LIFT | | |
| | ROUSTABOUT | | |
| | LIGHT CARTS | | |
| | TAMPER | | |
| | BACKHOE | | |
| | CONCRETE SAW | | |
| | FORKLIFT | | |
| | BOOM TRUCK | | |
| | CRANE | | |
| | WATER PUMP | | |
| | WIRE PULLER | | |
| | CONDUIT BENDER | | |
| | JACKHAMMER | | |
| | LARGE SKATES | | |
| | SMALL SKATES | | |
| | MAG DRILL | | |
| | JOB TRAILER | | |
| | STORAGE TRAILER | | |
| | WACKER/WELDER | | |
| | Sizzor Lift | | |
| | Boom Lift | | |

Total $

| QTY | GASES | EACH | TOTAL |
| --- | --- | --- | --- |
| | OXYGEN | | |
| | ACETYLENE | | |
| | TRIMIX | | |
| | ARGON | | |
| | BTANK | | |
| | PROPANE | | |
| | CO2 | | |

### DESCRIBE WORK

Phases All
Torque Hardware
on Axle Locks
New Tray Mail System
As Per FKI

RECORD MATERIALS USED ON THE MATERIAL SHEETS

TRAVEL:

LABOR:

EQUIPMENT:

GASES:

MATERIALS:

DELIVERIES:

MISC:

TAX:

GRAND TOTAL:

SUB TOTALS:

WORK ORDERED BY FKI

SIGNATURE _Charles Donlan_

I HEREBY ACKNOWLEDGE THE SATISFACTORY
COMPLETION OF THE ABOVE DESCRIBED WORK

**DELIVERIES**

| | |
| --- | --- |
| FREIGHT BY PICKUP | |
| FREIGHT BY TRUCK | |
| FREIGHT BY SEMI | |

WHITE COPY — OFFICE          YELLOW COPY — CUSTOMER          TAG COPY — FOREMAN

*Audrey Has*
*9/26/06*



**FKI Logistex**

5384 Poplar Ave Suite 500, Memphis, TN 38119
PHONE: 901/683-5222 - FAX NO.: 901/763-0919

# Subcontract – Change Order #016

Job: __A736050__
Date: __9/21/06__

No.__1001205-0020__

TO: __LMC Industrial Contractors__
__2060 Lakeville Rd.__
__Avon, NY. 14414__
__Tom Coll  585-226-6244__

SHIP TO: __FKI c/o USPS JFK ISC__
__Bldg 250 North Boundary Rd__
__Jamaica, NY 11430__
__Attn: Charles Stanford__

IN ACCORDANCE WITH TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE AND AS MAY
BE FURTHER STATED BELOW OR ON IDENTIFIED ATTACHMENTS HERETO , KINDLY ENTER ORDER
AS BELOW.

| Quantity | Item or Description | Price Ea. | Extended Price |
|---|---|---|---|
| 1 | Original base subcontract amount............. | | $ 7,350,000.00 |
| 1 | Addition of Bond costs........................... | | 68,552.00 |
| 1 | Change Order #001 subtotal..... | | 261,984.00 |
| 1 | Change Order #002 subtotal..... | | 45,980.00 |
| 1 | Change Order #003 subtotal..... | | (2,488.00) |
| 1 | Change Order #004 subtotal..... | | 58,427.00 |
| 1 | Change Order #005R subtotal... | | 53,660.00 |
| 1 | Change Order #006R subtotal.... | | 334,850.04 |
| 1 | Change Order #007R subtotal... | | 121,555.00 |
| 1 | Change Order #008 subtotal...... | | 251,201.00 |
| 1 | Change Order #009 subtotal...... | | 55,212.00 |
| 1 | Change Order #010 subtotal....... | | 326,161.64 |
| 1 | Change Order #011 subtotal..... | | 25,033.00 |
| 1 | Change Order #012 subtotal..... | | 94,933.00 |
| 1 | Change Order #013 subtotal...... | | 10,356.00 |
| 1 | Change Order #014 subtotal.... | | 60,19.62 |
| 1 | Change Order #015 subtotal.... | | 221,520.33 |
| | Previous total of subcontract...... | | $ 9,337,056.63 |
| | | | |
| | __Change Order #016:__ | | |
| 1 | a) *Install three FKI Accuzone diverter assemblies into existing conveyor lines for RFP-031R1......* *PER 6 % Quote* *9/21/06* | | 14,950.00 |
| | *Revise contract amount......* | | $9,352,006.63 |
| | Cc: Warren Pierce, Jeanette Embry, Charles S, Rich L., File A736050 | | |

| FOB – USPS JFK ISC | Terms   __Net 55__ | Required Arrival Date: __N/A__ |
|---|---|---|

ACCEPTED BY

VENDOR _____

BY _____

TITLE _____

DATE _____

APPROVED FOR

**FKI Logistex**

BY _____

TITLE _____



# LMC Industrial Contractors, Inc.
## 2060 Lakeville Rd.
## Avon, NY 14414
### Phone: (585) 226-6244  Fax: (585) 226-3317

| | | |
|---|---|---|
| FKI Corporation<br>5384 Poplar Ave.<br>Suite #500<br>Memphis, TN 38119 | **P.O. #** | |
| | **Quote #:** | |
| | **Request** | |
| | **Page:** | |
| **Attention:** Guy Guasco | **Date** | 9-21-2006 |

*LMC is pleased to quote the following:*

Re:  Replace Three (3) existing diverters (RFP-031) with new.
Diverter #1- South end of inbound platform
Diverter #2- Wind tunnel
Diverter #3- second floor

**INCLUDED IN THIS QUOTATION:**
Header steel and supports. (Furnished by FKI)
Removal of existing Diverters
Install Three (3)new diverters mentioned above (Furnished by FKI)

**Not Included in This Quotation:**
All Electrical Wiring,
Filing with the Port Authority.
Training or testing of equipment
Overtime or shift work
Engineering or drawings
Additional conveyor other than the divert and short section to tie in
Scanner and camera brackets

LMC will provide the Labor, Tools and equipment for the above mentioned for the sum of:
Fourteen Thousand , Nine Hundred and Fifty Dollars ($14,950.00)

*CO #16* ✓

Thomas E. Coll
Vice President

# LMC Industrial Contractors, Inc.
## 2060 Lakeville Road
## Avon, NY 14414
### Tel# (585) 226-6244    Fax# (585) 226-3317

| Customer: | Invoice# |
|---|---|

FKI LOGISTEX INTEGRATION, INC.
9301 Olive Blvd
Attn: Melissa Wenger
St Louis        MO    63132-

**18076**

Attn: ACCOUNTS PAYABLE

| DATE | TERMS | PURCHASE ORDER NO. | LMC JOB NO. | |
|---|---|---|---|---|
| 12/28/2006 | 55 DAYS - NET | 1001205-0020 | 2004096 | BILLING AMOUNT |

Re: USPS at JFK Airport, NYC

Mechanical field installation for the Airline Receiving Concourse and Tray Mail Takeaway
Transport Conveyor (Trayline) at the New York Int'l Service Center (NYSIC).

Extended overhead charges: Weeks Ending November 4 - December 1, 2006        88,518.22

| | | |
|---|---|---|
| Sub total $ | | 88,518.22 |
| Retainage | | 0.00 |
| Total Due $ | | 88,518.22 |

ALL OPEN ACCOUNTS ARE DUE 30 DAYS FROM DATE OF INVOICE. ANY ACCOUNT
OVERDUE WILL BE CHARGED 1.5% PER MONTH, 18% PER ANNUM.

LMC Industrial Contractors, Inc.

Weekly Management Costs
Week Ending November 4, 2006 through Week Ending December 1, 2006

| | | | |
|---|---|---|---|
| Poolt, Joseph | 192.5 | $104.82 | 20,177.85 |
| Zajac, Gregory | 200 | $104.52 | 20,904.00 |
| David Cloer | 88 | $100.42 | 8,836.96 |
| Weber, Stanley | 176 | $100.42 | 17,673.92 |
| TCB Consulting | 0 | 0 | 673.76 |
| | 0 | $100.42 | - |
| | | | $68,266.49 |
| jourenymen | 858 | $8.93 | $7,661.94 |
| trailer rental | | 875.67 | $875.67 |
| Equipment Rentals | | - | - |
| Phones / Fedex Services | | 659.77 | $659.77 |
| Tools / Equipment, see belo' | | - | $6,730.00 |
| Miscellaneous Expenses | | 4,324.35 | $4,324.35 |
| | | | $88,518.22 |

| | |
|---|---|
| 11/4/2006 | 20,176.39 |
| 11/11/2006 | 17,319.93 |
| 11/18/2006 | 20,089.00 |
| 11/25/2006 | 12,877.51 |
| 12/1/2006 | 18,055.39 |
| | $88,518.22 |
| | $0.00 |

Weekly Management Costs
Week Ending Nov 4, 2006

| | | | |
|---|---|---|---|
| Poolt, Joseph | 40 | $104.82 | $4,192.80 |
| Zajac, Gregory | 40 | $104.52 | $4,180.80 |
| David Cloer | 40 | $100.42 | $4,016.80 |
| Weber, Stanley | 40 | $100.42 | $4,016.80 |
| TCB Consulting | 0 | $0.00 | $0.00 |
| | | | $16,407.20 |
| journeymen | 208 | $8.93 | $1,857.44 |
| trailer rental | | $0.00 | $0.00 |
| Equipment Rentals | | | $0.00 |
| Phones / Fedex Services | | $0.00 | $0.00 |
| Tools / Equipment, see below | | | $1,820.00 |
| Miscellaneous Expenses | | $91.75 | $91.75 |
| | | | $20,176.39 |

| tool and equip lists | | wkly | |
|---|---|---|---|
| trucks | 0 | $125.00 | $0.00 |
| manlifts | 4 | $275.00 | $1,100.00 |
| boom lifts | 0 | $500.00 | $0.00 |
| fork trucks | 2 | $360.00 | $720.00 |

Weekly Management Costs
Week Ending Nov 11, 2006

| | | | |
|---|---|---|---|
| Poolt, Joseph | 32.5 | $104.82 | $3,406.65 |
| Zajac, Gregory | 40 | $104.52 | $4,180.80 |
| David Cloer | 24 | $100.42 | $2,410.08 |
| Weber, Stanley | 32 | $100.42 | $3,213.44 |
| TCB Consulting | 0 | $0.00 | $0.00 |
| | | | $13,210.97 |
| journeymen | 224 | $8.93 | $2,000.32 |
| trailer rental | | $0.00 | $0.00 |
| Equipment Rentals | | | $0.00 |
| Phones / Fedex Services | | $0.00 | $0.00 |
| Tools / Equipment, see below | | | $1,820.00 |
| Miscellaneous Expenses | | $288.64 | $288.64 |
| | | | $17,319.93 |

| tool and equip lists | wkly | | |
|---|---|---|---|
| trucks | 0 | $125.00 | $0.00 |
| manlifts | 4 | $275.00 | $1,100.00 |
| boom lifts | 0 | $500.00 | $0.00 |
| fork trucks | 2 | $360.00 | $720.00 |

Weekly Management Costs
Week Ending Nov 18, 2006

| | | | |
|---|---|---|---|
| Poolt, Joseph | 40 | $104.82 | $4,192.80 |
| Zajac, Gregory | 40 | $104.52 | $4,180.80 |
| David Cloer | 24 | $100.42 | $2,410.08 |
| Weber, Stanley | 40 | $100.42 | $4,016.80 |
| TCB Consulting | 0 | $0.00 | $673.76 |
| | | | $15,474.24 |
| jourenymen | 239 | $8.93 | $2,134.27 |
| trailer rental | | $0.00 | $0.00 |
| Equipment Rentals | | | $0.00 |
| Phones / Fedex Services | | $511.93 | $511.93 |
| Tools / Equipment, see below | | | $1,820.00 |
| Miscellaneous Expenses | | $148.56 | $148.56 |
| | | | $20,089.00 |

| tool and equip lists | | wkly | |
|---|---|---|---|
| trucks | 0 | $125.00 | $0.00 |
| manlifts | 4 | $275.00 | $1,100.00 |
| boom lifts | 0 | $500.00 | $0.00 |
| fork trucks | 2 | $360.00 | $720.00 |

Weekly Management Costs
Week Ending Nov 25, 2006

| | | | |
|---|---|---|---|
| Poolt, Joseph | 40 | $104.82 | $4,192.80 |
| Zajac, Gregory | 40 | $104.52 | $4,180.80 |
| David Cloer | 0 | $100.42 | $0.00 |
| Weber, Stanley | 24 | $100.42 | $2,410.08 |
| TCB Consulting | 0 | $0.00 | $0.00 |
| | | | $10,783.68 |
| jourenymen | 51 | $8.93 | $455.43 |
| trailer rental | | $0.00 | $0.00 |
| Equipment Rentals | | | $0.00 |
| Phones / Fedex Services | | $15.20 | $15.20 |
| Tools / Equipment, see below | | | $635.00 |
| Miscellaneous Expenses | | $988.20 | $988.20 |
| | | | $12,877.51 |

| tool and equip lists | | wkly | |
|---|---|---|---|
| trucks | 0 | $125.00 | $0.00 |
| manlifts | 1 | $275.00 | $275.00 |
| boom lifts | 0 | $500.00 | $0.00 |
| fork trucks | 1 | $360.00 | $360.00 |

Weekly Management Costs
Week Ending Dec 2, 2006

| | | | |
|---|---|---|---|
| Poolt, Joseph | 40 | $104.82 | $4,192.80 |
| Zajac, Gregory | 40 | $104.52 | $4,180.80 |
| David Cloer | 0 | $100.42 | $0.00 |
| Weber, Stanley | 40 | $100.42 | $4,016.80 |
| TCB Consulting | 0 | $0.00 | $0.00 |
| | | | $12,390.40 |
| jourenymen | 136 | $8.93 | $1,214.48 |
| trailer rental | | $875.67 | $875.67 |
| Equipment Rentals | | | $0.00 |
| Phones / Fedex Services | | $132.64 | $132.64 |
| Tools / Equipment, see below | | | $635.00 |
| Miscellaneous Expenses | | $2,807.20 | $2,807.20 |
| | | | $18,055.39 |

| tool and equip lists | | wkly | |
|---|---|---|---|
| trucks | 0 | $125.00 | $0.00 |
| manlifts | 1 | $275.00 | $275.00 |
| boom lifts | 0 | $500.00 | $0.00 |
| fork trucks | 1 | $360.00 | $360.00 |