Change orders week ending 10-21-06

| CONTRACT DESCRIPTION | DATE | TOTAL AMOUNT | COMMENTS |
|---|---|---|---|
| SUMMARY OF CHANGE ORDERS  FKI PROJECT #2004-096 | | | |
| USPS AT JFK NEW YORK | | | |
| | 2006 | | |
| Week Ending 10-21-2006 | | | |
| Torque axle locks | 10/16&17/06 | 2,109.58 | |
| mod.existing&previously installed screen grid. | 10/16-20/06 | 10,317.92 | |
| mod.westwall uspsbldg.siding&ductwork | 10/18&19/06 | 3,238.07 | |
| Total | | $15,665.58 | |

Page 1 of 1
1/15/2007

**W/E 10-21-2006**

jfk fki project — Torque axle locks — 10/16&17/06

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| Millwrights | | | | |
| General Foreman | | 128.47 | 0.00 | |
| Foreman | | 123.38 | 0.00 | |
| Journeymen | 16 | 118.30 | 1,892.80 | |
| | 16 | | 1,892.80 | 1,892.80 |

| | Hours | Rate | Quantity | |
|---|---|---|---|---|
| Welder | | 0.00 | | 0.00 |
| | Days | Rate | Quantity | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | | 50.00 | | 0.00 |
| Scissors lift | 1.0 | 35.00 | 1 | 35.00 |
| Boomlifts | 1.0 | 125.00 | 1 | 125.00 |
| Lull Forklift | | 217.00 | | 0.00 |
| Small tools | 3% of labor | | | 56.78 |

| **Torque axle locks** | | | | **2,109.58** |

---

jfk fki project — mod.existing&previously installed screen grd. — 10/16-20/06

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| Millwrights | | | | |
| Foreman | | 123.38 | 0.00 | |
| Journeymen | 80 | 118.30 | 9,464.00 | |
| | 80 | | 9,464.00 | 9,464.00 |

| | Hours | Rate | Quantity | |
|---|---|---|---|---|
| Welder | | 0.00 | | 0.00 |
| | Days | Rate | Quantity | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | 5.0 | 50.00 | 1 | 250.00 |
| Scissors lift | 2.0 | 35.00 | 1 | 70.00 |
| Boomlifts | 2.0 | 125.00 | 1 | 250.00 |
| Small tools | 3% of labor | | | 283.92 |

| **Mod.existing&previouslyinstalled screen grd.** | | | | **10,317.92** |

| jfk fki project | mod.westwall uspsbldg.siding&ductwork | | 10/18&19/06 | |
|---|---|---|---|---|
| Labor | hours | rate | charge | |
| Millwrights | | 123.38 | 0.00 | |
| Foreman | 26 | 118.30 | 3,075.80 | |
| Journeymen | 26 | | 3,075.80 | 3,075.80 |
| | Hours | Rate | Quantity | |
| Welder | | | | 0.00 |
| | Days | Rate | Quantity | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | | 50.00 | | 0.00 |
| Scissors lift | 2.0 | 35.00 | 1 | 70.00 |
| Boomlifts | | 125.00 | | 0.00 |
| Small tools | 3% of labor | | | 92.27 |
| **mod.westwall USPS bldg.siding& ductwork** | | | | 3,238.07 |

04/02/2007 03:11:07 PM                                                                                              Page 1 of 1

## LMC Industrial Contractors Inc

### Aged Receivable Report
Aging Date: 4/2/2007

Age Based On Invoice Date
Sort by Customer No

| Invoice No | Invoice Description | Inv Date | 0 - 30 days | 31 - 60 days | 61 - 90 days | 90 + days | Retainage |
|---|---|---|---|---|---|---|---|
| FKILOGI28 | FKI LOGISTEX INTEGRATION, INC. | | | | | | |
| 15613 | Progress billing | 11/17/2005 | | | | | 24,681.75 |
| 15870 | Dec progress billing | 12/27/2005 | | | | | 37500.00 |
| 16092 | Progress billing, January | 1/20/2006 | | | | | 30000.00 |
| 16289 | March progress billing | 3/15/2006 | | | | | 30750.00 |
| 17433 | | 9/26/2006 | | | | | 5,639.88 |
| 17469 | | 9/30/2006 | | | | | 107,647.75 | |
| 17494 | | 10/5/2006 | | | | 16378.00 | |
| 17530 | | 10/11/2006 | | | | 11,407.07 | |
| 17641 | | 10/27/2006 | | | | 58184.50 | |
| 17683 | | 10/31/2006 | | | | 8972.00 | |
| 17695 | | 10/31/2006 | | | | 91,185.47 | |
| 17698 | | 11/6/2006 | | | | 36,466.17 | |
| 17768 | Inv 15571 - in 2004096 | 10/1/2006 | | | | | 1,530.45 |
| 17769 | Moving Inv to 2006 071 | 10/1/2006 | | | | | -1,530.45 |
| 17806 | | 11/20/2006 | | | | | 4605.00 |
| 18076 | | 12/28/2006 | | | | 88,518.22 | |
| 18080 | | 12/29/2006 | | | | 629.50 | |
| 18143 | | 12/30/2006 | | | | 76549.90 | |
| 16196REV | Add Ret from early invoices | 2/22/2006 | | | | | 64062.50 |
| | **Customer Total** | | 693,177.71 | 0.00 | 0.00 | 0.00 | 495,938.58 | 197,239.13 |
| | **Grand Total** | | 693,177.71 | 0.00 | 0.00 | 0.00 | 495,938.58 | 197,239.13 |

*HASN'T BEEN ACTED ON BY FKI*

# LMC Industrial Contractors, Inc.
2060 Lakeville Rd.
Avon, NY 14414
Phone: (585) 226-6244  Fax: (585) 226-3317

| | | | |
|---|---|---|---|
| FKI Corporation<br>5384 Poplar Ave.<br>Suite #500<br>Memphis, TN 38119 | | P.O. # | |
| | | Quote #: | |
| | | Request | |
| | | Page: | |
| Attention: | Guy Guasco | Date | 3-23--2006 |

*LMC is pleased to quote the following:*

Re:   USPS JFK Draft Curtain Sprinklers; Ref. FM-534,559,704&706

**Original contract & Quote #3916 Dated 5/6/04:**

Modify existing or install new wall openings for conveyors, and install sprinkler heads

**Cost associated with Port Authority required Deluge Sprinkler System which is reflected in Rider C:**

    A- 2 Deluge Total Pac's =$62,740
    B- Deluge Panels and associated electrical devices = $19,500
    C- Branch piping and Deluge heads = $13,500

**Total cost associated with out of scope work as stated above:**

   Ninety Five Thousand, Seven hundred and Seventy Dollars ($95,770)


Sincerely,
Thomas E. Coll
Vice President

2/21/06
per Tom

LMC INDUSTRIAL CONTRACTORS, INC
QUOTE SUMMARY FOR FIRE SYSTEM PROVIDED BY SIRINNA

|  | total | LMC | Fki |
|---|---|---|---|
| expedited engineering / survey | 10,800 |  | 10,800 |
| deluge total pacs | 22,940 |  | 22,940 |
| installation of total pacs | 14,800 |  | 14,800 |
| furnish electrical equipment | 19,500 | - | 19,500 |
| branch piping and deluge heads | 23,760 | 11,880 | 11,880 |
| bulk piping and connections to existing | 22,130 | 22,130 |  |
| expedited delivery / mobilization | 8,500 |  | 8,500 |
| testing | 14,700 | 7,350 | 7,350 |
| induct platform | 8,500 | 8,500 |  |
| **total** | **145,630** | **49,860** | **95,770** |