# LMC Industrial Contractors, Inc.

2060 Lakeville Road
Avon, NY 14414
Tel# (585) 226-6244    Fax# (585) 226-3317

| Customer | Invoice# |
|---|---|

FKI LOGISTEX INTEGRATION, INC.                    **18080**
9301 Olive Blvd
Attn: Melissa Wenger
St Louis                    MO    63132-

Attn:        ACCOUNTS PAYABLE

| DATE | TERMS | PURCHASE ORDER NO. | LMC JOB NO. |
|---|---|---|---|
| 12/29/2006 | 55 DAYS - NET | 1001205-0020 | 2004096 |

BILLING AMOUNT

Re: USPS at JFK Airport, NYC

Mechanical field installation for the Airline Receiving Concourse and Tray Mail Takeaway
Transport Conveyor (Trayline) at the New York Int'l Service Center (NYSIC).

| | |
|---|---|
| Credit for overcharge on Invoice 17494 - CO# 16 | -11,200.00 |
| Remaining balance of 25% on CO# 007R | 11,829.50 |

| | |
|---|---|
| Sub total $ | 629.50 |
| Retainage | 0.00 |
| **Total Due $** | **629.50** |

ALL OPEN ACCOUNTS ARE DUE 30 DAYS FROM DATE OF INVOICE. ANY ACCOUNT
OVERDUE WILL BE CHARGED 1.5% PER MONTH, 18% PER ANNUM.



5384 Poplar Ave Suite 500, Memphis
PHONE: 901/683-5222 - FAX NO.: 9(

*Overbilled*
*CO# 16 by*
*$ 11,200.00*

# Subcontract – Change Order #

*0072*

No. **1001205-0020**

TO :    **LMC Industrial Contractors**          .SHIP .
       **2060 Lakeville Rd.**                   **Bldg 250 North Boundary ...**
       **Avon, NY. 14414**                      **Jamaica, NY 11430**
       **Tom Coll  585-226-6244**               **Attn: Charles Stanford**

IN ACCORDANCE WITH TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE AND AS MAY
BE FURTHER STATED BELOW OR ON IDENTIFIED ATTACHMENTS HERETO , KINDLY ENTER ORDER
AS BELOW.

| Quantity | Item or Description | Price Ea. | Extended Price |
|---|---|---|---|
| 1 | Original base subcontract amount............... | | $ 7,350,000.00 |
| 1 | Addition of Bond costs........................... | | 68,552.00 |
| 1 | Change Order #001 subtotal..... | | 261,984.00 |
| 1 | Change Order #002 subtotal..... | | 45,980.00 |
| 1 | Change Order #003 subtotal..... | | (2,488.00) |
| 1 | Change Order #004 subtotal..... | | 58,427.00 |
| 1 | Change Order #005R subtotal... | | 53,660.00 |
| 1 | Change Order #006R subtotal...... | | 326,721.04 |
| | | | |
| | Previous total of subcontract...... | | $ 8,162,836.04 |
| | | | |
| | *Change Order #007R:* | | |
| |    *a) EWO set #2 total.............................* | | 40,399.43 |
| |    *b) RFP-035 ARC siding install...............* | | 47,318.00 |
| |    *c) RFP-037 5th line at DIOSS (8296 ÷ 2200 USEUS)* | | 10,496.00 |
| |    *d) RFP-039 4 lines AZ (9200 ÷ 3000 USEUS)* | | 12,200.00 |
| |    *e) RFP-042 bulk conveyor support rework....* | | 59,670.00 |
| | | | |
| | *Revised Subcontract Amount.................* | | $ 8,332,919.47 |
| | Cc: Warren Pierce,  Jeanette Embry, File 736050 | | |

FOB  – USPS JFK ISC    Terms   **Net 55**    Required Arrival Date: N/A

ACCEPTED BY

# LMC Industrial Contractors, Inc.
## 2060 Lakeville Road
## Avon, NY 14414
### Tel# (585) 226-6244    Fax# (585) 226-3317

| Customer : | Invoice# |
|---|---|

FKI LOGISTEX INTEGRATION, INC.    **18143**
9301 Olive Blvd
Attn: Melissa Wenger
St Louis                    MO    63132-

**Attn:** ACCOUNTS PAYABLE

| DATE | TERMS | PURCHASE ORDER NO. | LMC JOB NO. | |
|---|---|---|---|---|
| 12/30/2006 | 55 DAYS - NET | 1001205-0020 | 2004096 | |
| | | | | BILLING AMOUNT |

Re: USPS at JFK Airport, NYC

Mechanical field installation for the Airline Receiving Concourse and Tray Mail Takeaway
Transport Conveyor (Trayline) at the New York Int'l Service Center (NYSIC).

EWO's for Week Ending October 21 - December 2, 2006. (See Attached)            76,549.90

| | |
|---|---|
| Sub total $ | 76,549.90 |
| Retainage | 0.00 |
| Total Due $ | 76,549.90 |

ALL OPEN ACCOUNTS ARE DUE 30 DAYS FROM DATE OF INVOICE. ANY ACCOUNT
OVERDUE WILL BE CHARGED 1.5% PER MONTH, 18% PER ANNUM.

| Description | W/E 10/21/06 | W/E 10/28/06 | W/E 11/4/06 | W/E 11/11/06 | W/E 11/18/06 | W/E 11/25/06 | W/E 12/2/06 | Total |
|---|---|---|---|---|---|---|---|---|
| Torque axle locks | $2,109.58 | | | | | | | $2,109.58 |
| Modify existing & previously installed screen grd | $10,317.92 | | | | | | | $10,317.92 |
| Modify west wall upsp bldg siding & ductwork | $3,238.07 | | | | | | | $3,238.07 |
| Modify west wall siding @ penetration | | $3,910.47 | | | | | | $3,910.47 |
| Fab fingerguard @ F-11 conveyor in windtunnel | | $2,204.58 | | | | | | $2,204.58 |
| Rework scan bracket replace piston on divert & rubber slaves | | $2,019.58 | | | | | | $2,019.58 |
| Fab filler pieces for head end panel conveyor 14a & fab legs for w/e discharge sid | | $2,049.58 | | | | | | $2,049.58 |
| Replace defective dr rollers & install plexidivert | | | $1,169.79 | | | | | $1,169.79 |
| Weld safety plate on screen guards cir problem | | | $5,073.96 | | | | | $5,073.96 |
| Rework headend screen grd incorrect manufacturing | | | $2,049.58 | | | | | $2,049.58 |
| Install additional bumper grds @ electric panels, ASL1-21 & 22 | | | $1,949.58 | | | | | $1,949.58 |
| Relocate tray & bulk conveyor, catweld, etc | | | $9,073.13 | | | | | $9,073.13 |
| Tune & test bulk | | | $2,994.38 | | | | | $2,994.38 |
| Reinstall monorail for G8b & G2c fab screen @ G2b-1 | | | $3,899.17 | | | | | $3,899.17 |
| Rework chute previously done on G2bb | | | | $1,999.58 | | | | $1,999.58 |
| Install additional guarding asl-1-1 & 4dr rls | | | | $1,999.58 | | | | $1,999.58 |
| Relocate existing gate to electric platform | | | | $1,024.79 | | | | $1,024.79 |
| Install plexi diverts & pie pcs | | | | | $974.79 | | | $974.79 |
| Fabricate catwalk & handrails install by electrical panels arc | | | | | $1,999.58 | | | $1,999.58 |
| Strip existing catwalk @ clm27-c | | | | | $3,168.07 | | | $3,168.07 |
| Rework screen guards @ scalehouses & br headpulleys sent incorrect | | | | | $2,974.38 | | | $2,974.38 |
| Install head bumpers @ elect panel, rev gate | | | | | $1,512.19 | | | $1,512.19 |
| Replace defective dr rollers asl1-27, 28, 23 & 24 | | | | | $1,009.79 | | | $1,009.79 |
| Rework scale guarding & add plates to scre grd | | | | | | $1,684.04 | | $1,684.04 |
| Install plexi diverts & noseover pcs | | | | | | $1,134.79 | | $1,134.79 |
| Palletize & load conveyor on FKI truck | | | | | | | $1,999.58 | $1,999.58 |
| Tune & test plexi diverts bands on scales | | | | | | | $1,009.79 | $1,009.79 |
| Screen guard modifications, fab & weld plts | | | | | | | $1,999.58 | $1,999.58 |

| $15,665.57 | $10,184.21 | $26,209.59 | $5,023.95 | $11,638.80 | $2,818.33 | $5,008.95 | $76,549.90 |

ChangeOrders USPSJFK week end 12-2-2006

**SUMMARY OF CHANGE ORDERS  FKI PROJECT #2004-096**
**USPS AT JFK NEW YORK**

| CONTRACT DESCRIPTION | DATE | TOTAL AMOUNT | COMMENTS |
|---|---|---|---|
| Week Ending 12-2-2006 | 2006 | | |
| palletize&load conveyor on flt truck | 27-Nov | 1,999.58 | |
| tune&test plexi diverts bands on scales | 28-Nov | 1,009.79 | |
| screen guard modifications,fab&weld plts | 30-Nov | 1,999.58 | |
| TOTAL | | 5,008.95 | |

**W/E 12-2-2006**

jfk fki project          palletize&load conveyor on fki truck                    27-Nov

| Labor | hours | rate | charge | |
|-------|-------|------|--------|--|
| Millwrights | | | | |
| General Foreman | | 128.47 | 0.00 | |
| Foreman | | 123.38 | 0.00 | |
| Journeymen | 16 | 118.30 | 1,892.80 | |
| | 16 | | 1,892.80 | 1,892.80 |
| | Hours | Rate | Quantity | |
| | | 0.00 | | 0.00 |
| Welder | | | | |
| | Days | Rate | Quantity | |
| Forklifts | 1.0 | 50.00 | 1 | 50.00 |
| Welder | | 50.00 | | 0.00 |
| Scissors lift | | 35.00 | | 0.00 |
| Boomlifts | | 125.00 | | 0.00 |
| Lull Forklift | | 217.00 | | 0.00 |
| Small tools | 3% of labor | | | 56.78 |

**palletize&load conveyor on fki truck**                                    **1,999.58**

jfk fki project          tune&test plexi diverts bands on scales              28-Nov

| Labor | hours | rate | charge | |
|-------|-------|------|--------|--|
| Millwrights | | | | |
| Foreman | | 123.38 | 0.00 | |
| Journeymen | 8 | 118.30 | 946.40 | |
| | 8 | | 946.40 | 946.40 |
| | Hours | Rate | Quantity | |
| | | 0.00 | | 0.00 |
| Welder | | | | |
| | Days | Rate | Quantity | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | | 50.00 | | 0.00 |
| Scissors lift | 1.0 | 35.00 | 1 | 35.00 |
| Boomlifts | | 125.00 | | 0.00 |
| Small tools | 3% of labor | | | 28.39 |

**tune&test plexi diverts, bands on scales**                              **1,009.79**

| jfk fki project | screen guard modifications,fab&weld plts | | 30-Nov | |
|---|---|---|---|---|
| Labor | hours | rate | charge | |
| Millwrights | | | | |
| Foreman | | 123.38 | 0.00 | |
| Journeymen | 16 | 118.30 | 1,892.80 | |
| | 16 | | 1,892.80 | 1,892.80 |
| | Hours | Rate | Quantity | |
| Welder | | | | 0.00 |
| | Days | Rate | Quantity | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | 1.0 | 50.00 | 1 | 50.00 |
| Scissors lift | | 35.00 | | 0.00 |
| Boomlifts | | 125.00 | | 0.00 |
| Small tools | 3% of labor | | | 56.78 |
| screen guard modification, fab and weld steel plates on guards | | | | 1,999.58 |

Change Orders USPS weekend 11-25-2006

| CONTRACT DESCRIPTION | DATE | TOTAL AMOUNT | COMMENTS |
|---|---|---|---|
| SUMMARY OF CHANGE ORDERS   FKI PROJECT #2004-096 | | | |
| USPS AT JFK NEW YORK | | | |
| Week Ending 11/28/2006 | 2006 | | |
| rework scale guarding&add plates to scr.grd | 11/20&21/06 | 1,684.04 | |
| install plexi divert&& noseover pcs. | 22-Nov | 1,134.79 | |
| Total | | 2,818.83 | |

**W/E 11-25-2006**

jfk fki project     rework scale guarding&add plates to scr.grd     11-20&21-06

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| Millwrights | | | | |
| General Foreman | | 128.47 | 0.00 | |
| Foreman | | 123.38 | 0.00 | |
| Journeymen | 13 | 118.30 | 1,537.90 | |
| | 13 | | 1,537.90 | 1,537.90 |
| | **Hours** | **Rate** | **Quantity** | |
| Welder | | | 0.00 | 0.00 |
| | **Days** | **Rate** | **Quantity** | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | 2.0 | 50.00 | 1 | 100.00 |
| Scissors lift | | 35.00 | | 0.00 |
| Boomlifts | | 125.00 | | 0.00 |
| Lull Forklift | | 217.00 | | 0.00 |
| Small tools | 3% of labor | | | 46.14 |
| **rework scale guarding&add plates to scr.grd** | | | | **1,684.04** |

jfk fki project     install plexi diverts& noseover pcs.     22-Nov

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| Millwrights | | | | |
| Foreman | | 123.38 | 0.00 | |
| Journeymen | 8 | 118.30 | 946.40 | |
| | 8 | | 946.40 | 946.40 |
| | **Hours** | **Rate** | **Quantity** | |
| Welder | | | 0.00 | 0.00 |
| | **Days** | **Rate** | **Quantity** | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | | 50.00 | | 0.00 |
| Scissors lift | 1.0 | 35.00 | 1 | 35.00 |
| Boomlifts | 1.0 | 125.00 | 1 | 125.00 |
| Small tools | 3% of labor | | | 28.39 |
| **install plexi diverts and noseover pcs.** | | | | **1,134.79** |

Change orders week ending 11-18-2006

| CONTRACT DESCRIPTION | DATE | TOTAL AMOUNT | COMMENTS |
|---|---|---|---|
| SUMMARY OF CHANGE ORDERS   FKI PROJECT #2004-096 | | | |
| USPS AT JFK NEW YORK | | | |
| | | | |
| | | | |
| WEEK ENDING 11-18-2006 | 2006 | | |
| install plexi diverts & plie pcs. | 11-14&15-06 | 974.79 | |
| tab catwalk&handrail install by elecl pnls arc | 15-Nov | 1,999.58 | |
| strip existing catwalk @Clm27-c | 11-14&15-06 | 3,168.07 | |
| rework screen guards @ scalehouses & br headpulleys sent incorrect | 17-Nov | 2,974.38 | |
| install head bumpers@elect panel,rev.gate | 11-13&16-06 | 1,512.19 | |
| replace defective dr rollers as1-27&28,23,24 | 16-Nov | 1,009.79 | |
| | | | |
| Total | | 11,638.81 | |

**W/E 11-18-2006**

jfk fki project                    install plexi diverts & pie pcs.                    11-14&15-06

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| **Millwrights** | | | | |
| General Foreman | | 128.47 | 0.00 | |
| Foreman | | 123.38 | 0.00 | |
| Journeymen | 8 | 118.30 | 946.40 | |
| | 8 | | 946.40 | 946.40 |
| | | | | |
| | Hours | Rate | Quantity | |
| Welder | | 0.00 | | 0.00 |
| | Days | Rate | Quantity | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | | 50.00 | | 0.00 |
| Scissors lift | | 35.00 | | 0.00 |
| Boomlifts | | 125.00 | | 0.00 |
| Lull Forklift | | 217.00 | | 0.00 |
| Small tools | 3% of labor | | | 28.39 |
| **install plexi diverts & pie pcs.** | | | | **974.79** |

jfk fki project                    fab catwalk&handrail install by elect pnls arc                    11/15/2006

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| **Millwrights** | | | | |
| Foreman | | 123.38 | 0.00 | |
| Journeymen | 16 | 118.30 | 1,892.80 | |
| | 16 | | 1,892.80 | 1,892.80 |
| | | | | |
| | Hours | Rate | Quantity | |
| Welder | | 0.00 | | 0.00 |
| | Days | Rate | Quantity | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | 1.0 | 50.00 | 1 | 50.00 |
| Scissors lift | | 35.00 | | 0.00 |
| Boomlifts | | 125.00 | | 0.00 |
| Small tools | 3% of labor | | | 56.78 |
| **fab catwalk & handrails at electrical panel in arc** | | | | **1,999.58** |

jfk fki project — strip existing catwalk @clm27-c — 11-14&15-06

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| **Millwrights** | | | | |
| Foreman | | 123.38 | 0.00 | |
| Journeymen | 26 | 118.30 | 3,075.80 | |
| | 26 | | 3,075.80 | 3,075.80 |
| | **Hours** | **Rate** | **Quantity** | |
| Welder | | | | 0.00 |
| | **Days** | **Rate** | **Quantity** | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | | 50.00 | | 0.00 |
| Scissors lift | | 35.00 | | 0.00 |
| Boomlifts | | 125.00 | | 0.00 |
| Small tools | 3% of labor | | | 92.27 |
| **strip existing catwalk & handrails @ clm. 27-c** | | | | **3,168.07** |

jfk fki project — rework screen grds.@scale houses &BR hd.pulleys — 11/17/2006

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| **Millwrights** | | | | |
| Foreman | | 123.38 | 0.00 | |
| Journeymen | 24 | 118.30 | 2,839.20 | |
| | 24 | | 2,839.20 | 2,839.20 |
| | **Hours** | **Rate** | **Quantity** | |
| Welder | | 0.00 | | 0.00 |
| | **Days** | **Rate** | **Quantity** | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | 1.0 | 50.00 | 1 | 50.00 |
| Scissors lift | | 35.00 | | 0.00 |
| Boomlifts | | 125.00 | | 0.00 |
| Small tools | 3% of labor | | | 85.18 |
| **rework screen grds.@ scalehouses& BR head pulleys sent incorrect** | | | | **2,974.38** |

jfk fki project | install head bumpers@elect panel,rev.gate | 11-13&16-06

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| Millwrights | | | | |
| Foreman | | 123.38 | 0.00 | |
| Journeymen | 12 | 118.30 | 1,419.60 | |
| | 12 | | 1,419.60 | 1,419.60 |

| | Hours | Rate | Quantity | |
|---|---|---|---|---|
| Welder | | 0.00 | | 0.00 |
| | Days | Rate | Quantity | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | 1.0 | 50.00 | 1 | 50.00 |
| Scissors lift | | 35.00 | | 0.00 |
| Boomlifts | | 125.00 | | 0.00 |
| Small tools | 3% of labor | | | 42.59 |

| install head bumpers@elect panel,rev.gate | clm19c-d | | 1,512.19 |
|---|---|---|---|

jfk fki project | replace defective dr rollers asl1-27&28,23,24 | 11/16/2006

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| Millwrights | | | | |
| Foreman | | 123.38 | 0.00 | |
| Journeyman | 8 | 118.30 | 946.40 | |
| | 8 | | 946.40 | 946.40 |

| | Hours | Rate | Quantity | |
|---|---|---|---|---|
| Welder | | | | 0.00 |
| | Days | Rate | Quantity | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | | 50.00 | | 0.00 |
| Scissors lift | 1.0 | 35.00 | 1 | 35.00 |
| Boomlifts | | 125.00 | | 0.00 |
| Small tools | 3% of labor | | | 28.39 |

| replace defective dr. rollers asl 27,28,23,&24 | | | 1,009.79 |
|---|---|---|---|

Change orders week ending 11-11-06

| SUMMARY OF CHANGE ORDERS  FKI PROJECT #2004-096 | | | |
| USPS AT JFK NEW YORK | | | |
| | | TOTAL | |
| CONTRACT DESCRIPTION | DATE | AMOUNT | COMMENTS |
| WEEK ENDING 11-11-2006 | 2006 | | |
| Rework chute previously done on G2bb | 7-Nov | 1,999.58 | |
| Install additional guarding as[-]-1&4&dr r/s | 11/88/9/06 | 1,999.58 | |
| relocate existing gate to elec.platform | 31-May | 1,024.79 | |
| Total | | 5,023.95 | |

**W/E 11-11-2006**

jfk fki project — Rework chute previously done on G2bb — 7-Nov

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| **Millwrights** | | | | |
| General Foreman | | 128.47 | 0.00 | |
| Foreman | | 123.38 | 0.00 | |
| Journeymen | 16 | 118.30 | 1,892.80 | |
| | 16 | | 1,892.80 | 1,892.80 |
| | **Hours** | **Rate** | **Quantity** | |
| Welder | | 0.00 | | 0.00 |
| | **Days** | **Rate** | **Quantity** | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | 1.0 | 50.00 | 1 | 50.00 |
| Scissors lift | | 35.00 | | 0.00 |
| Boomlifts | | 125.00 | | 0.00 |
| Lull Forklift | | 217.00 | | 0.00 |
| Small tools | 3% of labor | | | 56.78 |
| **Rework chute previously done on G2bb** | | | | **1,999.58** |

jfk fki project — install additional guarding asl-1-1&4&dr rls — 11/8&9/06

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| **Millwrights** | | | | |
| Foreman | | 123.38 | 0.00 | |
| Journeymen | 16 | 118.30 | 1,892.80 | |
| | 16 | | 1,892.80 | 1,892.80 |
| | **Hours** | **Rate** | **Quantity** | |
| Welder | | 0.00 | | 0.00 |
| | **Days** | **Rate** | **Quantity** | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | 1.0 | 50.00 | 1 | 50.00 |
| Scissors lift | | 35.00 | | 0.00 |
| Boomlifts | | 125.00 | | 0.00 |
| Small tools | 3% of labor | | | 56.78 |
| **install additional guarding asl 1-1&4 & replace 5 dr. rollers** | | | | **1,999.58** |

| jfk fki project | relocate existing gate to elec.platform | | 8-Nov | |
|---|---|---|---|---|
| Labor | hours | rate | charge | |
| Millwrights | | | | |
| Foreman | | 123.38 | 0.00 | |
| Journeymen | 8 | 118.30 | 946.40 | |
| | 8 | | 946.40 | 946.40 |
| | Hours | Rate | Quantity | 0.00 |
| Welder | | | | |
| | Days | Rate | Quantity | 0.00 |
| Forklifts | | 50.00 | | 0.00 |
| Welder | 1.0 | 50.00 | 1 | 50.00 |
| Scissors lift | | 35.00 | | 0.00 |
| Boomlifts | | 125.00 | | 0.00 |
| Small tools | 3% of labor | | | 28.39 |
| | | | | 1,024.79 |
| **relocate existing gate to electric platform** | | | | |

Change Orders week end 11-04-2006

SUMMARY OF CHANGE ORDERS  FKI PROJECT #2004-096
USPS AT JFK NEW YORK

| CONTRACT DESCRIPTION | DATE | TOTAL AMOUNT | COMMENTS |
|---|---|---|---|
| Week Ending 11-04-2006 | 2006 | | |
| Replace defective dr.rollers&inst.plexidivert | 10-30,31&11-3-06 | 1,169.79 | |
| weld safety plate on screen guards cfr.problem | 11-1&2-06 | 5,073.96 | |
| rework headend screen grd,incorrect manufactung | 10-30&31-06 | 2,049.58 | |
| Install addional bumper grds.@ electic panels,ASL1-21&22 | 30-Oct | 1,949.58 | |
| Relocate tray & bulk conv.,catwalk etc. | 10-30,31&11-1-06 | 9,073.13 | |
| Tune & Test bulk | 10/30&31/06 | 2,994.38 | |
| reinstall monorail for Gbb&G2c fab screen@G2b-1 | 10/30&31/06 | 3,899.17 | |
| Total | | 26,209.59 | |

**W/E 11-04-2006**

jfk fki project     Replace defective dr.rollers&inst.plexidivert    10-30,31&11-3-06

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| Millwrights | | | | |
| General Foreman | | 128.47 | 0.00 | |
| Foreman | | 123.38 | 0.00 | |
| Journeymen | 8 | 118.30 | 946.40 | |
| | 8 | | 946.40 | 946.40 |

| | Hours | Rate | Quantity | |
|---|---|---|---|---|
| | | | 0.00 | 0.00 |
| Welder | Days | Rate | Quantity | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | | 50.00 | | 0.00 |
| Scissors lift | 2.0 | 35.00 | 1 | 70.00 |
| Boomlifts | 1.0 | 125.00 | 1 | 125.00 |
| Lull Forklift | | 217.00 | | 0.00 |
| Small tools | 3% of labor | | | 28.39 |
| | | | | **1,169.79** |

**Replace defective dr.rollers&inst.plexidivert**

jfk fki project     weld safety plate on screen guards clr.problem    11-1,2/06

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| Millwrights | | | | |
| Foreman | | 123.38 | 0.00 | |
| Journeymen | 40 | 118.30 | 4,732.00 | |
| | 40 | | 4,732.00 | 4,732.00 |

| | Hours | Rate | Quantity | |
|---|---|---|---|---|
| | | | 0.00 | 0.00 |
| Welder | Days | Rate | Quantity | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | 2.0 | 50.00 | 2 | 200.00 |
| Scissors lift | | 35.00 | | 0.00 |
| Boomlifts | | 125.00 | | 0.00 |
| Small tools | 3% of labor | | | 141.96 |
| | | | | **5,073.96** |

**weld safety plate on screen guard  clearance issue 3" or less**

jfk fki project | rework headend screen grd.incorrect manufactuing

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| Millwrights | | | | |
| Foreman | | 123.38 | 0.00 | |
| Journeymen | 16 | 118.30 | 1,892.80 | |
| | 16 | | 1,892.80 | 1,892.80 |

| | Hours | Rate | Quantity | |
|---|---|---|---|---|
| | | | | 0.00 |
| Welder | Days | Rate | Quantity | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | 2.0 | 50.00 | 1 | 100.00 |
| Scissors lift | | 35.00 | | 0.00 |
| Boomlifts | | 125.00 | | 0.00 |
| Small tools | 3% of labor | | | 56.78 |
| | | | | 2,049.58 |

rework headend screen grd.incorrect manufacturing

jfk fki project | install additional bumper grds.@elect panl. | 30-Oct

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| Millwrights | | | | |
| Foreman | | 123.38 | 0.00 | |
| Journeymen | 16 | 118.30 | 1,892.80 | |
| | 16 | | 1,892.80 | 1,892.80 |

| | Hours | Rate | Quantity | |
|---|---|---|---|---|
| | | | 0.00 | 0.00 |
| Welder | Days | Rate | Quantity | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | | 50.00 | | 0.00 |
| Scissors lift | | 35.00 | | 0.00 |
| Boomlifts | | 125.00 | | 0.00 |
| Small tools | 3% of labor | | | 56.78 |
| | | | | 1,949.58 |

Install additional bumper grds.@ electric pannels ASL1-21&22

**jfk fki project**    Relocate tray & bulk conv.,catwalk etc.    10-30,31&11-1-06

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| Millwrights | | | | |
| Foreman | | 123.38 | 0.00 | |
| Journeymen | 72 | 118.30 | 8,517.60 | |
| | 72 | | 8,517.60 | 8,517.60 |
| | Hours | Rate | Quantity | |
| Welder | | 0.00 | 0.00 | 0.00 |
| | Days | Rate | Quantity | |
| Forklifts | 3.00 | 50.00 | 2 | 300.00 |
| Welder | | 50.00 | | 0.00 |
| Scissors lift | | 35.00 | | 0.00 |
| Boomlifts | | 125.00 | | 0.00 |
| Small tools | 3% of labor | | | 255.53 |
| **Relocate tray & bulk conv.,catwalk etc.** | | | | **9,073.13** |

**jfk fki project**    Tune & Test bulk    10/30&31/06

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| Millwrights | | | | |
| Foreman | | 123.38 | 0.00 | |
| Journeyman | 24 | 118.30 | 2,839.20 | |
| | 24 | | 2,839.20 | 2,839.20 |
| | Hours | Rate | Quantity | |
| Welder | | | | 0.00 |
| | Days | Rate | Quantity | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | | 50.00 | | 0.00 |
| Scissors lift | 2.0 | 35.00 | 1 | 70.00 |
| Boomlifts | | 125.00 | | 0.00 |
| Small tools | 3% of labor | | | 85.18 |
| **Tune & Test bulk** | | | | **2,994.38** |

jfk fki project

reinstall monorail for G8b&G2c fab screen@G: 10/30&31/06

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| Millwrights | | 123.38 | 0.00 | |
| Foreman | 32 | 118.30 | 3,785.60 | |
| Journeymen | 32 | | 3,785.60 | 3,785.60 |
| | Hours | Rate | Quantity | 0.00 |
| Welder | Days | Rate | Quantity | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | | 50.00 | | 0.00 |
| Scissors lift | | 35.00 | | 0.00 |
| Boomlifts | | 125.00 | | 0.00 |
| Small tools | 3% of labor | | | 113.57 |
| Reinstall monorail for G8B&G2c; Fab screen grd.for G2b-1 | | | | 3,899.17 |

Change orders USPS week end 10-28-2006

| SUMMARY OF CHANGE ORDERS  FKI PROJECT #2004-096 | | | |
| USPS AT JFK NEW YORK | | | |
| CONTRACT DESCRIPTION | DATE | TOTAL AMOUNT | COMMENTS |
| Week Ending 10-28-2006 | 2006 | | |
| Modify west wall siding @ penetration | 10/23,24,&25/06 | 3,910.47 | |
| Fab fingerguard@ F1conv.in windtunnel | 10/25,26&27/06 | 2,204.58 | |
| rework scan bkt,replacepistonon divert& rubber slaves | 26-Oct | 2,019.58 | |
| fab filler pcs.for head end panel conv.14&8 fab legs for s/e discharge std. | 10/25,26/06 | 2,049.58 | |
| Total | | 10,184.21 | |

**W/E 10-28-2006**

jfk fki project                    Modify west wall siding @ penetration    10/23,24,&25/06

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| Millwrights | | | | |
| General Foreman | | 128.47 | 0.00 | |
| Foreman | | 123.38 | 0.00 | |
| Journeymen | 30 | 118.30 | 3,549.00 | |
| | 30 | | 3,549.00 | 3,549.00 |
| | Hours | Rate | Quantity | |
| | | 0.00 | | 0.00 |
| Welder | | | Quantity | |
| | Days | Rate | | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | 3.0 | 50.00 | 1 | 150.00 |
| Scissors lift | 3.0 | 35.00 | 1 | 105.00 |
| Boomlifts | | 125.00 | | 0.00 |
| Lull Forklift | | 217.00 | | 0.00 |
| Small tools | 3% of labor | | | 106.47 |
| **Modify west wall siding @ penetration** | | | | **3,910.47** |

jfk fki project                    Fab fingerguard@ F11conv.in windtunnel  10/25,26&27/06

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| Millwrights | | | | |
| Foreman | | 123.38 | 0.00 | |
| Journeymen | 16 | 118.30 | 1,892.80 | |
| | 16 | | 1,892.80 | 1,892.80 |
| | Hours | Rate | Quantity | |
| | | 0.00 | | 0.00 |
| Welder | | | Quantity | |
| | Days | Rate | | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | 3.0 | 50.00 | 1 | 150.00 |
| Scissors lift | 3.0 | 35.00 | 1 | 105.00 |
| Boomlifts | | 125.00 | | 0.00 |
| Small tools | 3% of labor | | | 56.78 |
| **Fab fingerguard@ F11conv.in windtunnel** | | | | **2,204.58** |

jfk fki project                    rework scan bkt.replacepistonon divert& rubber slaves         10/26/2006

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| Millwrights | | | | |
| Foreman | | 123.38 | 0.00 | |
| Journeymen | 16 | 118.30 | 1,892.80 | |
| | 16 | | 1,892.80 | 1,892.80 |
| | Hours | Rate | Quantity | |
| | | | | 0.00 |
| Welder | | | | |
| | Days | Rate | Quantity | |
| | | | | 0.00 |
| Forklifts | | 50.00 | | 0.00 |
| Welder | | 50.00 | | 0.00 |
| Scissors lift | 1.0 | 35.00 | 2 | 70.00 |
| Boomlifts | | 125.00 | | 0.00 |
| Small tools | 3% of labor | | | 56.78 |

| rework scan brkts. Replace piston on divert& rubber slaves ttl1,2,3 | 2,019.58 |
|---|---|

jfk fki project                    fab custom guard @headend,brline tail & discharge         10/25,26/06

| Labor | hours | rate | charge | |
|---|---|---|---|---|
| Millwrights | | | | |
| Foreman | | 123.38 | 0.00 | |
| Journeymen | 16 | 118.30 | 1,892.80 | |
| | 16 | | 1,892.80 | 1,892.80 |
| | Hours | Rate | Quantity | |
| | | | 0.00 | 0.00 |
| Welder | | | | |
| | Days | Rate | Quantity | |
| Forklifts | | 50.00 | | 0.00 |
| Welder | 2.0 | 50.00 | 1 | 100.00 |
| Scissors lift | | 35.00 | | 0.00 |
| Boomlifts | | 125.00 | | 0.00 |
| Small tools | 3% of labor | | | 56.78 |

| Fab custom guards@headend,brline tail&discharge | 2,049.58 |
|---|---|