UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
LMC INDUSTRIAL CONTRACTORS, INC.,

                Plaintiff,

-vs-

FKI LOGISTEX INTEGRATION INC. and
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

                Defendants.

**RULE 7.1 DISCLOSURE STATEMENT**

Civil Action No.

---

Plaintiff, The United States of America f/u/b/o LMC Industrial Contractors, Inc. ("LMC"), by its attorneys, Harris Beach PLLC, for its disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: April 10, 2007

                                                  **HARRIS BEACH PLLC**

                                    By:   s/Gavin M. Lankford
                                              Gavin M. Lankford (GL 7173)
                                              Edward P. Hourihan, Jr. (pending admission)
                                              *Attorneys for Plaintiff*
                                              99 Garnsey Road
                                              Pittsford, New York 14534
                                              Telephone: 585. 419-8800
                                              *glankford@harrisbeach.com*

TO:    FKI LOGISTEX INTEGRATION INC.
           5384 Poplar Avenue
           Memphis, Tennessee 38119

           TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
           One Tower Square
           Hartford, Connecticut 06183

222899 823776.1

-1-