# United States District Court

__Southern__ DISTRICT OF __New York__

United States of America for the Use and Benefit
of LMC Industrial Contractors, Inc.,

               Plaintiff,

                V.

FKI Logistex Integration Inc. and Travelers
Casualty and Surety Company of America,

             Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

07 CV 2925
JUDGE PRESKA

TO: (Name and address of defendant)

Travelers Casualty and Surety Company of America
One Tower Square
Hartford, Connecticut 06183

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _/s/ Marios Quintero_

APR 1 1 2007

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT)  Please see attached. | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served: _____
_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐   Returned unexecuted: _____
_____
_____
_____

☐   Other (specify): _____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____           _____
                 Date                                                    Signature of Server

_____
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| STATE OF NEW YORK          COUNTY OF | INDEX # : 07-CV-2925 |
| UNITED STATES DISTRICT COURT | Date Filed: |
| DISTRICT: SOUTHERN/NEW | |

*United States of America for the use and benefit of LMC Industrial Contractors, Inc*

Plaintiff(s)/Petitioner(s)

vs

*FKI Logistex Integration Inc. and Travelers Casualty and Surety Company of America*

Defendant(s)/Respondent(s)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

_____Stephen L. Collen_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___May 1, 2007___ at ___3:50 pm___, at ___C/O Corporation Service Company, 80 State St., Albany, NY 12207___, deponent served the within ___Summons In A Civil Case and Complaint  Disclosure Statement___

on: ___Travelers Casualty and Surety Company of America___, ___Defendant___ therein named.

[ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

[X] By delivering thereat a true copy of each to ___Gladys Ryan, clerk___ personally, deponent knew said business/agency so served to be the business/agency described in same as said defendant and knew said individual to be the managing/authorized agent of the business/agency, and said person stated that he/she was authorized to accept service on behalf of the business/agency.

[ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is defendant's: [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

[ ] By affixing a true copy of each to the door of said premises, which is defendant's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

[ ] On _____, deponent completed service by depositing a true copy of each to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Female    Color of skin: White    Color of hair: Blonde/Gray    Age: 50 - 59 Yrs.    Height: 5' 4" - 5' 8"
Weight: Under 100 Lbs.    Other Features: Glasses

[ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the witness.

Deponent asked person spoken to whether the defendant is presently in military service of the United States Government or of the State of New York and was informed that defendant is not.

Sworn to before me on   May 1, 2007

_____
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

_____
Stephen L. Collen

Invoice•Work Order # 0703584