AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

United States of America for the Use and Benefit
of LMC Industrial Contractors, Inc.,

           Plaintiff,

V.

FKI Logistex Integration Inc. and Travelers
Casualty and Surety Company of America,

           Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 CV 2925

JUDGE PRESKA

TO: (Name and address of defendant)

FKI Logistex Integration Inc.
5384 Poplar Avenue
Memphis, Tennessee 38119

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

DATE: APR 1 1 2007

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT)  Please see attached. | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date

_____
Signature of Server

_____
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of NEW YORK

Index Number: 07CV2925                                        Date Filed: _____

Plaintiff:
**UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF LMC INDUSTRIAL CONSTRACTORS, INC.,**

vs.

Defendant:
**FKI LOGISTEX INTEGRATION INC and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,**

For:
HARRIS BEACH LLP
99 Garnsey Road
Pittsford, NY 14534

Received by MORALES PROCESS AND LOCATOR SERVICES to be served on **FKI LOGISTEX INTEGRATION INC. C/O CT CORPORATION SYSTEM, 111 EIGTH AVENUE, NEW YORK, NY 10011**.

I, Gerald Murray, being duly sworn, depose and say that on the **25th day of April, 2007** at **12:11 pm**, I:

Served the above entity by delivering a true copy of the **SUMMONS, COMPLAINT, RULE 7.1 DISCLOSURE STATEMENT, INDIVIDUAL PRACTICES OF JUDGE LORETTA A. PRESKA, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ, 3RD AMENDED INSTRUCTIONS FOR FILING ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING AND GUIDELINES FOR ELECTRONIC CASE FILING** to: **PAULA CASH** as **CLERK** at the address of: **111 EIGTH AVENUE, NEW YORK, NY 10011**, who stated they are authorized to accept service for **FKI LOGISTEX INTEGRATION INC.**

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: White, Height: 5'1", Weight: 130, Hair: Blonde, Glasses: N

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

Gerald Murray
0872285

Subscribed and Sworn to before me on the 26th day of April, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

ANDREA MOLODY
Notary Public, State of New York
No. 01MO6037156
Qualified in Suffolk County
Commission Expires Feb. 14, 2010

MORALES PROCESS AND LOCATOR SERVICES
144 Exchange Blvd.
Suite 401
Rochester, NY 14614
(585) 271-6344
Our Job Serial Number: 2007002050

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9t