UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA FOR THE USE
AND BENEFIT OF LMC INDUSTRIAL
CONTRACTORS, INC.,

                           Plaintiff,       **Defendants' Corporate Disclosure**

              v.

FKI LOGISTEX, INC., FNA FKI LOGISTEX       Civil Action No. 07 CV 2925
INTEGRATION INC. and TRAVELERS
CASUALTY AND SURETY COMPANY OF
AMERICA,

                         Defendants.
------------------------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for the defendants listed below hereby certifies as follows:

       (1) Defendants FKI Logistex, Inc., and FNA FKI Logistex Integration Inc. are indirect subsidiaries of FKI PLC, a publicly held corporation which is traded on the London Stock Exchange.

       (2) Defendant Travelers Casualty and Surety Company of America is one of a number of related companies which are wholly owned subsidiaries of the corporate parent, Travelers Companies, Inc. Travelers Companies, Inc. is publicly traded under the stock ticker

1

symbol TRV. None of the subsidiaries are publicly traded.

Dated:   New York, New York
        June 8, 2007

                Respectfully submitted,

                SATTERLEE STEPHENS BURKE & BURKE LLP

                By: _____
                    Paul M. Brown (PB - 8135)
                    Benjamin Means (BM-5470)

                230 Park Avenue
                New York, New York  10169
                Telephone:  212-818-9200
                *Attorneys for Defendants FKI Logistex*
                *Integration Inc. and Travelers Casualty and*
                *Surety Company of America*

696188_1