UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
LMC INDUSTRIAL CONTRACTORS, INC.,

                              Plaintiff,

-vs-
                                                            Civil Action No. 07 CV 2925

FKI LOGISTEX INTEGRATION INC. and
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

                              Defendants.

---

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 25th day of June, 2007, I electronically filed the foregoing Reply to Counterclaims with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

    Paul M. Brown (PB8135)
    Benjamin Means (BM5470)
    Satterlee Stephens Burke & Burke LLP
    *Attorneys for Defendants*
    FKI Logistex, Inc., FNA FKI
    Logistex Integration Inc. and
    Travelers Casualty and Surety
    Company of America
    230 Park Avenue
    New York, New York 10169

Dated: June 25, 2007                    BY:    <u>s/Gavin M. Lankford (GL 7173)</u>
                                                               Harris Beach PLLC
                                                               Edward P. Hourihan, Jr. (EH7492)
                                                               Gavin M. Lankford (GL7173)
                                                               *Attorneys for Plaintiff*
                                                               99 Garnsey Road
                                                               Pittsford, New York 14534
                                                               Telephone: 585-419-8800

227418 868056.1