07/10/2007    PAGE 02

# HARRIS BEACH PLLC
ATTORNEYS AT LAW

July 10, 2007

99 GARNSEY ROAD
PITTSFORD, NY 14534
(585) 419-8800

GAVIN M. LANKFORD

DIRECT: (585) 419-8662
FAX: (585) 419-8811
GLANKFORD@HARRISBEACH.COM

**VIA FACSIMILE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/07

Hon. Loretta A. Preska
500 Pearl Street, Room 1320
New York, New York 10007

Re: LMC Industrial Contractors, Inc. vs. FKI Logistex Integration, Inc. and Travelers Casualty and Surety Company of America
U.S. District Court SDNY - 7 CIV 2925

Dear Justice Preska:

This letter is written to advise the Court that the parties in the above-referenced matter have reached a mutual settlement. The parties expect that all settlement documents and funds will be exchanged within the next 10 days. As such, the parties mutually request an adjournment of the initial pre-trial conference for this matter which is currently scheduled for **July 18, 2007**

If this request for an adjournment is unacceptable to the Court, please contact me. Otherwise, I will contact the Court when the settlement is finalized and forward a stipulation and order of dismissal.

If you should have any questions or concerns, please do not hesitate to contact me.

*The July 18 conference is adjourned sine die. Unless the settlement documents are sent to the Court prior to July 25, counsel shall inform the Court by letter on July 25 of the status of the action.*
GML

Very truly yours,

Gavin M. Lankford

Cc: Paul M. Brown, Esq. (via facsimile)
LMC Industrial Contractors, Inc. (via regular mail)

227418 872938

July 11, 2007

SO ORDERED
Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE