UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
LMC INDUSTRIAL CONTRACTORS, INC.,

              Plaintiff,

-vs-

FKI LOGISTEX INTEGRATION INC. and
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

              Defendants.

---

STIPULATION AND ORDER
OF DISMISSAL

Civil Action No. 07 CV 2925

It is hereby stipulated and agreed by and between the undersigned that the above-entitled action be discontinued and dismissed with prejudice and without costs to any party.

Dated: July 20, 2007

Paul M. Brown (PB8135)
Benjamin Means (BM5470)
Attorneys for Defendants
FKI Logistex Integration Inc. and
Travelers Casualty and Surety Company of America
230 Park Avenue
New York, New York 10169

Dated July 13, 2007

Edward P. Hourihan, Jr. (EH7492)
Gavin M. Lankford (GL7173)
Attorneys for Plaintiff
LMC Industrial Contractors, Inc.
99 Garnsey Road
Pittsford, New York 14534

The Clerk of the Court Shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:

LORETTA A. PRESKA, U.S.D.J.

SO ORDERED:

July 26, 2007

Loretta A. Preska, U.S.D.J.

HARRIS BEACH
ATTORNEYS AT LAW

-1-